SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MARK G. RACKERS, Cal. Bar No. 254242
ANNA JANE I. ZARNDT, Cal. Bar No. 327719
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:  619.234.3815
Email:      mrackers@sheppardmullin.com
             azarndt@sheppardmullin.com

Attorneys for Defendants
GREYSTAR REAL ESTATE PARTNERS, LLC and GREYSTAR CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROOKS, LAURA SIEGEL; TIFFANY VINSON, PHILIP MCGILL, ANNIE CASTNER, CHERELLE BLOUNT, individually, and on behalf of all others similarly situated; and ROES 1 through 100 inclusive,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware Limited Liability Company; GREYSTAR CALIFORNIA, INC., a Delaware Corporation; et al.,<br><br>    Defendants. | Case No. 3:23-cv-01729-LL-VET<br><br>**DEFENDANTS GREYSTAR REAL ESTATE PARTNERS, LLC AND GREYSTAR CALIFORNIA, INC.'S NOTICE OF WITHDRAWAL OF DOCKET NUMBERS 19, 20 AND 21 DUE TO CLERICAL ERROR**<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>Assigned to:  Hon. Linda Lopez<br><br>Date:  December 27, 2023<br>Crtrm.:  5D – 5th Floor<br><br>**Complaint Filed:**  September 18, 2023<br>**FAC Filed:**  November 2, 2023 |

**PLEASE TAKE NOTICE** that undersigned counsel for Defendants Greystar Real Estate Partners, LLC and Greystar California, Inc. respectfully requests withdrawal of ECF Nos. 19, 20 and 21, which were previously submitted to the Court on December 20, 2023. The pleadings previously filed as ECF Nos. 19, 20 and 21 were inadvertently filed using the account of an attorney other than the individual who signed the document. The pleadings were correctly re-filed as ECF Nos. 22, 23 and 24 using the proper attorney account.

Dated: December 21, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Anna Jane I. Zarndt*
MARK G. RACKERS
ANNA JANE I. ZARNDT

Attorneys for Defendants
GREYSTAR REAL ESTATE PARTNERS, LLC
and GREYSTAR CALIFORNIA, INC.