JEFFREY L. HOGUE (SBN 234557)
TYLER J. BELONG (SBN 234543)
**HOGUE & BELONG**
170 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-4720

JIMMIE DAVIS PARKER (SBN 252023)
**LAW OFFICE OF JIMMIE DAVIS PARKER, APC**
7812 Wing Flight Court
San Diego, California 92119
jdparker@gmail.com
Telephone: (619) 887-3300

[additional counsel on last page]

Attorneys for plaintiffs and all others similarly-situated.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROOKS, LAURA SIEGEL, TIFFANY VINSON, PHILIP MCGILL, ANNIE CASTNER, and CHERELLE BLOUNT, individually, and on behalf of all others similarly situated; and ROES 1 through 100 inclusive;<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware Limited Liability Company; et al.<br><br><br>Defendants. | Case No.: 3:23-cv-01729-LL-BGS<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS UNDER RULE 41(a)**<br><br>Assigned to: Judge Linda Lopez<br><br>Referred to: Magistrate Judge Valerie E. Torres |

Plaintiffs RONNIE BROOKS, LAURA SIEGEL, TIFFANY VINSON, PHILIP MCGILL, ANNIE CASTNER, and CHERELLE BLOUNT, individually, and on behalf of all others similarly situated, hereby dismiss the following Defendants without prejudice pursuant to Rule 41(a)(1)(A)(i):

1. 100 ALTAIR, LLC, a Delaware Limited Liability Company;

2. 1066 MARKET, LLC, a Delaware Limited Liability Company;

3. 1101 NORTH MAIN, LLC, a Delaware Limited Liability Company;

4. 111 W. 7 OWNER LLC, a Delaware Limited Liability Company;

5. 1221 JONES, LLC, a California Limited Liability Company;

6. 12444 VENICE INVESTMENTS, LP, a Delaware Limited Partnership;

7. 1318 SECOND STREET ASSOCIATES, a Delaware Limited Liability Company;

8. 1318 SECOND STREET ASSOCIATES, LLC, a Delaware Limited Liability Company;

9. 140 CENTER STREET LLC, a Delaware Limited Liability Company;

10. 1471 EIGHTH AVENUE, LLC, a Delaware Limited Liability Company;

11. 15700 LASSELLE CA LP, a Delaware Limited Partnership;

12. 1700 WEBSTER, LLC, a Oregon Limited Liability Company;

13. 171 W JULIAN STREET APARTMENTS INVESTORS LLC, a Delaware Limited Liability Company;

14. 1844 MARKET STREET, LLC, a Delaware Limited Liability Company;

15. 200 OCEAN BOULEVARD LLC, a Delaware Limited Liability Company 207 SEASIDE PARTNERS, LLC, a California Limited Liability Company;

16. 22751 EL PRADO LLC, a Delaware Limited Liability Company;

17. 2900 WILSHIRE, LLC, a California Limited Liability Company;

18. 3093 BROADWAY HOLDINGS, L.L.C., a Delaware Limited Liability Company;

19. 3100 VAN BUREN BOULEVARD APARTMENTS INVESTORS LLC, a

Delaware Limited Liability Company;

20. 3364 HONEYBROK WAY GROUND OWNER LP, a Delaware Limited Partnership;

21. 437 HILL HIGHRISE LLC, a Delaware Limited Liability Company;

22. 437 HILL MIDRISE, LLC, a Delaware Limited Liability Company;

23. 4700 TELEGRAPH AVENUE LP, a Delaware Limited Partnership;

24. 471 26TH STREET APARTMENTS INVESTORS LLC, a Delaware Limited Liability Company;

25. 4767 MOORPARK LLC, a Delaware Limited Liability Company;

26. 4900 LOS FELIZ INVESTORS LLC, a Delaware Limited Liability Company;

27. 515 COLORADO, LLC, A California Limited Liability Company;

28. 5445 LANKERSHIM BOULEVARD APARTMENTS INVESTORS LLC, a Delaware Limited Liability Company;

29. 570 21ST STREET APARTMENTS INVESTORS LLC, a Delaware Limited Liability Company;

30. 600 S SPRING OWNER LLC, a Delaware Limited Liability Company;

31. 6606 VARIEL AVE, LLC, a Delaware Limited Liability Company;

32. 707 EAST OCEAN BOULEVARD, LP, a California Limited Partnership;

33. 7450 NORTHROP DRIVE APARTMENTS INVESTORS LLC, a Delaware Limited Liability Company;

34. 752 SOUTH MAIN PROPERTY LLC, a Delaware Limited Liability Company;

35. 885 WOODSIDE, LLC, a California Limited Liability Company;

36. 900 SOUTH FIGUEROA STREET APARTMENTS INVESTORS LLC, a Delaware Limited Liability Company;

37. ADAGIO PARTNERS, L.P., a California Limited Partnership;

38. AEW CAPITAL MANAGEMENT, L.P.; a Delaware Limited Partnership;

39.   AHDOUT DEBORAH, an individual;

40.   ALLEGIANT DEVELOPMENT COMPANY, LLC, a California limited liability company;

41.   ALLIANCE RESIDENTIAL, LLC; an Arizona Limited Liability Company;

42.   ALPHA Z SAN JOSE APT 1 LLC, a Delaware Limited Liability Company;

43.   AMCAL EQUITIES LLC;

44.   a California Limited Liability Company;

45.   AMCAL HAYWARD LLC, a Delaware Limited Liability Company;

46.   AMFP VI WINDSCAPE LLC, a Delaware Limited Liability Company;

47.   ANGULO BEATRIZ, an individual;

48.   ANNA ZUCKER, an individual;

49.   ANSON APARTMENTS LLC, a Delaware Limited Liability Company;

50.   ANTHEIA, LP, a California Limited Partnership;

51.   APARTMENTS AT LITTLE ITALY, LLC, a Delaware Limited Liability Company;

52.   ASB GIBSON SANTA MONICA LLC, a Delaware Limited Liability Company;

53.   ASB REAL ESTATE INVESTMENTS, an unknown entity;

54.   ASMBB VERMONT CA, LLC , A Delaware Limited Liability Company;

55.   ASPECT ACQUISITION LLC, a Delaware Limited Liability Company;

56.   AUTUMN SPRINGS RE INVESTORS, L.P., a California Limited Partnership;

57.   AV8 DT, LLC, a California Limited Liability Company;

58.   AVINO DEL, LLC, a Delaware Limited Liability Company;

59.   AXIS FEE OWNER LLC, a Delaware Limited Liability Company;

60.   B9 MF 12350 DEL AMO LLC, a Delaware Limited Liability Company;

61.   B9 MF 23639 NEWHALL LLC, a Delaware Limited Liability Company;

62.   B9 MF 23645 MEADOWRIDGE LLC, a Delaware Limited Liability

Company;

63. B9 MF HIGHLANDS GT OWNER LLC, a Delaware Limited Liability Company;

64. BAKER BLOCK ASSOCIATES, L.P., a California Limited Partnership;

65. BAY MEADOWS RES 1 INVESTORS, LLC a Delaware Limited Liability Company;

66. BAY MEADOWS RES 4 INVESTORS, LLC, a Delaware Limited Liability Company;

67. BAY MEADOWS TOWN SQUARE INVESTORS, LLC, a Delaware Limited Liability Company;

68. BAY VIEW SD, LLC, a California Limited Liability Company;

69. BCM 625 BROADWAY, LLC, a Delaware Limited Liability Company;

70. BEATRIZ ANGULO LIVING TRUST, an unknown entity;

71. BEHRINGER HARVARD ACAPPELLA LP, a business entity of form unknown;

72. BEHRINGER HARVARD MSSION OWNER, a Delaware Limited Liability Company;

73. BEHRINGER HARVARD NOHO LLC, a Delaware Limited Liability Company;

74. BEHRINGER HARVARD PACIFICA PROJECT OWNER LP, a Delaware Limited Partnership;

75. BEHRINGER HARVARD REDWOOD, a Delaware Limited Liability Company;

76. BEHRINGER HARVARD SAN SEBASTIAN LP, a Delaware Limited Partnership;

77. BEL BROOK APARTMENTS2 LLC, a California Limited Liability Company;

78. BELL FUND VII VALENCIA LLC, a Delaware Limited Liability

Company;

79. BELLA TERRA DEL, LLC, a Delaware Limited Liability Company;

80. BENEDICT CANYON EQUITIES, INC; a California Corporation;

81. BERE ISLAND PROPERTIES I LLC, a California Limited Liability Company;

82. BERHRINGER HARVARD CALYPSO LP, a Delaware Limited Partnership;

83. BERKELEY VQOF II SPE, LLC, a Delaware Limited Liability Company;

84. BISCAYNE ST TIC OWNER I LLC, a Delaware Limited Liability Company;

85. BISCAYNE ST TIC OWNER II LLC, a Delaware Limited Liability Company;

86. BLAI LP, a California Limited Partnership;

87. BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, an unknown business entity;

88. BOARDWALK 1810, LLC, a Delaware Limited Liability Company;

89. BPP ALPHABET MF SHERMAN CIRCLE LLC, a Delaware Limited Liability Company;

90. BRAD COX, an individual;;

91. BRADDOCK & LOGAN GROUP, an unknown entity;

92. BRE ALMADEA I MF PROPERTY OWNER LLC, a Delaware Limited Liability Company;

93. BRE PIPER MF TIDES CA LLC, a Delaware Limited Liability Company;

94. BRE SILVER MF 1555 CA LLC, a Delaware Limited Liability Company;

95. BRE SILVER MF CANYON CREST CA LLC, a Delaware Limited Liability Company;

96. BRE SILVER MF NORTH HOLLYWOOD CA LLC, a Delaware Limited Liability Company;

97. BRE SILVER MF ROOSEVELT CA LLC, a Delaware Limited Liability Company;

98. BREIT MF CAMPANULA WAY, a Delaware Limited Liability Company;

99. BREIT MF DAY STREET, LLC, a Delaware Limited Liability Company;

100. BREIT MF PROMENADE TERRACE, LLC, a Delaware Limited Liability Company;

101. BREIT MF TELEGRAPH ROAD LLC, a Delaware Limited Liability Company;

102. BREIT SH BERKELEY LLC, a Delaware Limited Liability Company;

103. BREIT SH UNIVERSITY VILLAGE TOWERS LLC, a Delaware Limited Liability Company;

104. BRENTWOOD RE INVESTORS LLC, a California Limited Liability Company;

105. BRETT WHITEHEAD, an individual;

106. BROADSTONE FAIRFAX LLC, a Delaware Limited Liability Company;

107. BROADSTONE HERITAGE ALLIANCE, LLC, a Delaware Limited Liability Company;

108. BROADSTONE LAGUNA NIGUEL ALLIANCE, LLC, a Delaware Limited Liability Company;

109. BROADSTONE LOS FELIZ OWNER, LLC, a Delaware Limited Liability Company;

110. BROADSTONE MAKERS QUARTER, LP, a Delaware Limited Liability Company;

111. BROADSTONE ON BROADWAY, LLC, a Delaware Limited Liability Company;

112. BROOKSIDE RE INVESTORS LP, a California Limited Partnership;

113. BRYANT STREET HOLDINGS LLC, a Delaware Limited Liability Company;

114. BURBANK MEDIA VILLAGE, LLC, a California Limited Liability Company;

115. BWC I LLC, a Washington Limited Liability Company;

116. CANTERRA APARTMENTS LLC, a Delaware Limited Liability Company;

117. CANYON WOODS OWNERS ASSOCIATION I, a California Nonprofit Corporation;

118. CAPE MAY TEMECULA APARTMENTS, LLC, a Delaware Limited Liability Company;

119. CARLSBAD VILLAGE II, LLC, a Delaware Limited Liability Company;

120. CARMEL MOUNTAIN APARTMENTS, INC., a Delaware Stock Corporation;

121. CARMEL PARTNERS, an unknown business entity;

122. CARMEL TERRACE, L.P., a California Limited Partnership;

123. CARMEN APARTMENT PARTNERS TIC I LLC, a Delaware Limited Liability Company;

124. CASA RUIZ DEL, LLC, a Delaware Limited Liability Company;

125. CASA VALLECITOS, LTD, a California Limited Partnership;

126. CASENTINI STREET APARTMENTS, LLC, a Delaware Limited Liability Company;

127. CASOLEIL DEL, LLC, a Delaware Limited Liability Company;

128. CATHEDRAL HILL ASSOCIATES, L.P., a California Limited Partnership;

129. CENTRAL PARK PARTNERS, L.P., a California Limited Partnership;

130. CG-USA SIMI VALLEY LP, a Delaware Limited Partnership;

131. CH REALTY IX/MF SAN DIEGO EAGLE GLEN OWNER GP, L.L.C., a Delaware Limited Liability Company;

132. CHADWICH LF OWNER LLC, an unknown business entity;

133. CHULA VISTA APARTMENTS LLC, a Delaware Limited Liability

Company;

134. CI-GS HILLCREST LLC, a Delaware Limited Liability Company;

135. CIRCA 1200 LLC, a Delaware Limited Liability Company;

136. CIVIC SQUARE, LLC, a California Limited Liability Company;

137. CLI ATLAS ASHTON LLC, a Delaware Limited Liability Company;

138. CLPF - BALBOA PARK, L.P., a Delaware Limited Partnership;

139. CLPF ARTIST WALK LP, a Delaware Limited Partnership;

140. CLPF CRESCENT PARK LP, a Delaware Limited Partnership;

141. CLPF GRP SUNNYVALE KIFER LLC, a Delaware Limited Liability Company;

142. CLPF TOWER AT HOLLYWOOD HILLS LP, a Delaware Limited Liability Company;

143. CONTRA COSTA RE INVESTORS, LLC, a California Limited Liability Company;

144. CORTE BELLA FEE OWNER LLC, a Delaware Limited Liability Company;

145. CP III RINCON TOWERS, INC., a Colorado Stock Corporation;

146. CP V JLS, LLC, a Delaware Limited Liability Company;

147. CP V WALNUT, LLC, a Delaware Limited Liability Company;

148. CP VI ADMIRALS COVE, LLC, a Delaware Limited Liability Company;

149. CP VI FRANKLIN, LLC, a Delaware Limited Liability Company;

150. CP VII ONE38, LLC, a Delaware Limited Liability Company;

151. CPI SOFIA OWNER, L.L.C., a Delaware Limited Liability Company;

152. CPI-GREP AA I BUENA VIDA OWNER, L.L.C., a Delaware Limited Liability Company;

153. CR AIRWAY GARDENS, LLC, a Delaware Limited Liability Company;

154. CR LUXE COMMUNITIES, LLC, a Delaware Limited Liability Company;

155. CR WESTWOOD COMMUNITIES, LLC, a Delaware Limited Liability

Company;

156. CRP & BRANDYWINE HAWTHRONE APARTMENTS OWNER, an unknown business entity;

157. CRP/THC MISSION GORGE WEST I OWNER, L.L.C., a Delaware Limited Liability Company;

158. CRP-GREP VENTURA 140 OWNER, L.L.C., a Delaware Limited Liability Company;

159. CV MENLO PARK, LLC, a Delaware Limited Liability Company;

160. CYPRESS POINT RE INVESTORS LLC,  a California Limited Liability Company;

161. CYPRESS SANDS APARTMENT PARTNERS, LLC, a Delaware Limited Liability Company;

162. DUARTE MULTIFAMILY, LLC, a Delaware Limited Liability Company;

163. DWIGHT WAY RESIDENTIAL PROPERTY OWNER, LLC, a Delaware Limited Liability Company;

164. EAST PACIFIC PROPERTIES LLC, a Delaware Limited Liability Company;

165. EFL DEVELOPMENT COMPANY, L.P., a California Limited Partnership;

166. ENCANTO APARTMENT HOMES, LLC, a California Limited Liability Company;

167. EXPO LINE OWNER, LLC, a Delaware Limited Liability Company;

168. FHF I AMERIGE POINTE, LLC, a Delaware Limited Liability Company;

169. FHF I THE HEIGHTS, LLC, a Delaware Limited Liability Company;

170. FILLMORE CENTER ASSOCIATES, LP, a California Limited Partnership;

171. FLOIT PROPERTIES INC., an unknown business entity;

172. FOUNTAIN PLAZA INVESTORS LP, a Delaware Limited Partnership;

173. FRIT SAN JOSE TOWN & COUNTRY VIL LLC, a California Limited Liability Company;

174. FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC, a California Limited Liability Company;

175. FSTAR 1637 LLC, a California Limited Liability Company;

176. FV DEL 5, LLC, a Delaware Limited Liability Company;

177. GAR REAL ESTATE MANAGEMENT, a California corporation;

178. GDCV CULVER CITY, LLC, a Delaware Limited Liability Company;

179. GDCV II BP VILLAGE C-2 REIT, LLC, a Delaware Limited Liability Company;

180. GDCV II WEST LA 135, LLC, a Delaware Limited Liability Company;

181. GDCV MARKET STREET 87, LLC, a Delaware Limited Liability Company;

182. GDCV PASADENA 201, LLC, a Delaware Limited Liability Company;

183. GEDR HILLSIDE, LLC, a Delaware Limited Liability Company;

184. GEP X ISLA VISTA LLC, a Delaware Limited Liability Company;

185. GEP XI Vista Point, LLC, a Delaware Limited Liability Company;

186. GFP OCEANSIDE BLOCK 18, LLC, a Delaware Limited Liability Company;

187. GFP OCEANSIDE BLOCK 19, LLC, a Delaware Limited Liability Company;

188. GG LA FIGUEROA , LLC, a Delaware Limited Liability Company;

189. GGIF GLENDALE, LLC, a Delaware Limited Liability Company;

190. GGIF VIANO, LLC, a Delaware Limited Liability Company;

191. GOLDEN GATEWAY CENTER SPE, LLC, a Delaware Limited Liability Company;

192. GREENFIELD VILLAGE DEL, LLC, a Delaware Limited Liability Company;

193. GREENLAND US HOLDINGS INC, a Delaware Stock Corporation;

194. GREG R NEVILLE, an individual;

195. GROSVENOR DEL REY CORPORATION, a Delaware Stock Corporation;

196. GS 1401 MISSION PROJECT OWNER, LLC, a Delaware Limited Liability Company;

197. GS AA RIVERWALK OWNER, LLC, a Delaware Limited Liability Company;

198. GS AA SAN MARCOS OWNER, LLC, a Delaware Limited Liability Company;

199. GS ARGENTA PROJECT OWNER, LLC, a Delaware Limited Liability Company;

200. GS Corona, LLC, a Delaware Limited Liability Company;

201. GS SANTA FE APARTMENTS, L.P, a Delaware Limited Partnership;

202. GS TULLY ROAD, LLC, a Delaware Limited Liability Company;

203. GSIC II ALMADEN OWNER, LP, a Delaware Limited Partnership;

204. GSIC II CUCAMONGA OWNER, LP, a Delaware Limited Partnership;

205. GSIC II PALOS VERDES OWNER, LP, a Delaware Limited Partnership;

206. GSIC II PINE OWNER, LP, a Delaware Limited Partnership;

207. GSIC II STONERIDGE OWNER, LP, a Delaware Limited Partnership;

208. GSIC II SUNNYVALE OWNER, LP, a Delaware Limited Partnership;

209. GSIC II WILSHIRE OWNER, LP, a Delaware Limited Partnership;

210. GUGV ARTS DISTRICT LA PROPERTY OWNING LLC, a Delaware Limited Liability Company;

211. GW4 LLC, a Delaware Limited Liability Company;

212. HARBOR PARK APARTMENTS, LP, a California Limited Partnership;

213. Harold Wang, an individual;

214. HAYWARD 544, LLC, a Delaware Limited Liability Company;

215. HDO4, LLC, a New Mexico Limited Liability Company;

216. HERCULES BLOCK Q&R DEVELOPMENT PARTNERS LP, a Delaware Limited Liability Company;

217. HESPERIA APARTMENTS, LLC, a California Limited Liability Company;

218. HIGBY JV, LLC, a Delaware Limited Liability Company;

219. HOLLYWOOD 180 HOLDCO, LLC, a Delaware Limited Liability Company;

220. HOMES ON LOCUST, LLC, a Wyoming Limited Liability Company;

221. HONEYBROOK WAY GROUND OWNER LP, a Delaware Limited Partnership;

222. Howard Heitner, an individual;

223. HPI 919 BAYSIDE LLC, a California Limited Liability Company;

224. ICON EDEN PLAZA OWNER POOL 2, LLC, a Delaware Limited Liability Company;

225. ICRE LAGUNA CLUB, LLC, a Delaware Limited Liability Company;

226. IDEAL LINCOLN LLC, a California Limited Liability Company;

227. INL FAIRWAY VIEW 2012, LLC, a California Limited Liability Company;

228. IRONWOOD SOUTH DJT, LLC, a California Limited Liability Company;

229. IRVINE HIGHRISE RESIDENTIAL LLC, a Delaware Limited Liability Company;

230. IVY STATION LLC, a Delaware Limited Liability Company;

231. JACK LONDON SQUARE DEVELOPMENT OAKLAND OWNER LLC, a Delaware Limited Liability Company;

232. JADE ENTERPRISES, an unknown business entity;

233. JEFFERSON AT STADIUM PARK-PHASE B OWNER, LLC, a Delaware Limited Liability Company;

234. JEREMY MEREDITH, an individual;

235. JESUS LLC, an unknown business entity;

236. JIM ANDERSEN, an individual;

237. JOAN E. TAPPER, an individual;

238. JTJ APARTMENT INVESTORS, LLC, a California Limited Liability

Company;

239. K & M SOUTH BERKELEY LLC, a Delaware Limited Liability Company;

240. K 46, LLC, a California Limited Liability Company;

241. K1 THIRTEENTH ST SD LLC, a Delaware Limited Liability Company;

242. KENSINGTON APARTMENTS, LP, a California Limited Partnership;

243. KENTWOOD INVESTORS, a California Limited Partnership;

244. KILROY REALTY FINANCE PARTNERSHIP, L.P., a Delaware Limited Partnership;

245. KR ACADMY LLC, a California Limited Liability Company;

246. KR HOLLYWOOD, LLC, a Delaware Limited Liability Company;

247. KW MONTCLAIR, LLC, a Delaware Limited Liability Company;

248. KW SANTA CLARITA TOWNHOMES LLC, a Delaware Limited Liability Company;

249. KW WESTMORELAND TIC, LLC, a Delaware Limited Liability Company;

250. LA APT. 1, LLC, a Delaware Limited Liability Company;

251. LA FLOWER STREET APARTMENTS LP, a California Limited Partnership;

252. LA PLAZA VILLAGE, LLC, a Delaware Limited Liability Company;

253. LAFAYETTE APARTMENT ASSOCIATES LP, an unknown business entity;

254. LAFAYETTE APT ASSOCIATES LP, a California Limited Partnership;

255. LAKEVIEW 88, LLC, a California Limited Liability Company;

256. LANDING APARTMENTS DEL, LLC, a Delaware Limited Liability Company;

257. LATIGO THOUSAND OAKS LLC, a Delaware Limited Liability Company;

258. Lauren Boyd, an individual;

259. LAYLA PROPERTIES, LLC, a California Limited Liability Company;

260. Lee M Kort, an individual;

261. LEGACY APARTMENTS DEL, LLC, a Delaware Limited Liability Company;

262. LEGACY PARTNERS CORPORATE, INC., a California Stock Corporation;

263. LENNAR COMMUNITIES, INC., a California corporation;

264. LIAO COMMERCIAL DE LACEY AVE LLC, a California Limited Liability Company;

265. LIFE ILLUMINATED LLC, a Delaware Limited Liability Company;

266. LINCOLN 1641 LLC, a California Limited Liability Company;

267. LIPT SAN DIEGO, INC., a Delaware Stock Corporation;

268. LIVCOR LLC, a Delaware Limited Liability Company;

269. LOFTS 655 HOLDCO LLC, a Delaware Limited Liability Company;

270. LOFTS 677 HOLDCO LLC, a Delaware Limited Liability Company;

271. LOFTS 707 HOLDCO LLC, a Delaware Limited Liability Company;

272. LOS FELIZ INVESTORS, LLC, a Delaware Limited Liability Company;

273. LOWE ENTERPRISES REAL ESTATE GROUP, a California Corporation;

274. LPF OVERLOOK, INC., a Delaware Stock Corporation;

275. LT SACRAMENTO MF, LLC, a Delaware Limited Liability Company;

276. LUGANO APARTMENTS PR III LLC, a Delaware Limited Liability Company;

277. LUXE PASADENA LLC, a California Limited Liability Company;

278. MADISON HILLS PROPERTY OWNER LLC, a Delaware Limited Liability Company;

279. MADISON-MF MCCADDEN CA LLC, a Delaware Limited Liability Company;

280. MADRID APARTMENTS RF, LLC, a Delaware Limited Liability

Company;

281. MAGNOLIA BROADWAY HOLDCO, LLC, a Delaware Limited Liability Company;

282. MAIN STREET CUPERTINO MULTI-FAMILY PROPERTY, a Delaware Limited Liability Company;

283. MARAZZO REALTY HOLDINGS, LLC, a California Limited Liability Company;

284. Mariposa Bliss LLC, a Delaware Limited Liability Company;

285. MARKET DOLORES LLC, a Delaware Limited Liability Company;

286. MARVIN F. POER AND COMPANY, LLC, a Texas Limited Liability Company;

287. Matt Riffle, an individual;

288. MCP ONYX, LLC, a Delaware Limited Liability Company;

289. MICHAEL SOROCHINCKY, an individual;

290. MIREF WARNER CENTER, LLC, a Delaware Limited Liability Company;

291. MISSION VALLEY INVESTORS, L.P., a California Limited Partnership;

292. MISSIONS AT RIO VISTA I DEL, LLC, a Delaware Limited Liability Company;

293. MMIP CURRENT OWNER LLC, a Delaware Limited Liability Company;

294. MMP ASHTON OWNER, LLC, a Delaware Limited Liability Company;

295. MMP SOUTH PARK OWNER, LLC, a Delaware Limited Liability Company;

296. MNCVAD II-HOLLIDAY UNION JV LLC, a Delaware Limited Liability Company;

297. MONOGRAM RESIDENTIAL RENAISSANCE, LP, a Delaware Limited Partnership;

298. MONROVIA APARTMENT EPF I LLC, a Delaware Limited Liability Company;

299. MONTCLAIR ARROW APARTMENTS, L.P. a Delaware Limited Partnership;

300. MONTECITO APARTMENT HOMES, a California Limited Liability Company;

301. MONTECITO VILLAGE PARTNERS, L.P, a Delaware Limited Partnership;

302. MONTEREY PENINSULA LAND PARTNERS, LLC, a California Limited Liability Company;

303. MONTEREY TOWNHOUSE LAND PARTNERS, LLC, a California Limited Liability Company;

304. MONTESSA MANAGEMENT, LP, a California Limited Partnership;

305. MONTIAVO AT BRADLEY SQUARE OWNER LLC, a Delaware Limited Liability Company;

306. MUSEUM PARK PROPERTY LLC, a Delaware Limited Liability Company;

307. MVSA VENTURE, LLC, a Delaware Limited Liability Company;

308. N AVENUE, LP, a California Limited Partnership;

309. NAVAJO BLUFFS DEL, LLC, a Delaware Limited Liability Company;

310. NEW PACIFIC CARLYLE, LLC, a Delaware Limited Liability Company;

311. NM-JASPER, LLC, a Delaware Limited Liability Company;

312. NORTHLAND THEA PROTFOLIO LLC, a Delaware Limited Liability Company;

313. NP PARC CHATEAUX INC, a Delaware Stock Corporation;

314. OAK SPRINGS PARTNERS, L.P., a California Limited Partnership;

315. OCEAN AIR, L.P. a California Limited Partnership;

316. OCEAN BREEZE APARTMENT ASSOCIATES, L.P., a California Limited Partnership;

317. OCEANVIEW TERRACE, L.P., a California Limited Partnership;

318.  OCOTILLO LA 9001SMB, LLC, a Delaware Limited Liability Company;

319.  OKTOGON SANTA ANA LLC, a Delaware Limited Liability Company;

320.  ONYX EAST APARTMENTS LLC, a California Limited Liability Company;

321.  OSM PROPERTY LLC, a Delaware Limited Liability Company;

322.  PALOMAR STATION DJT (PHASE 1), LLC, a Delaware Limited Liability Company;

323.  PARC ONE DEL, LLC, a Delaware Limited Liability Company;

324.  PARK KIELY REIT INC., a Maryland Stock Corporation;

325.  PARKER-SHATTUCK OWNER, LLC, a Delaware Limited Liability Company;

326.  PASO ROBLES MUTLIFAMILY LLC, a California Limited Liability Company;

327.  PATT BARTLETT, an individual;

328.  PERSEA SENIOR BORROWER LLC, a Delaware Limited Liability Company;

329.  PKV 1031 SAN DIEGO, LLC, a California Limited Liability Company;

330.  PLAZA APARTMENTS GP LLC, a California Limited Liability Company;

331.  PLAZA APARTMENTS GP LLC, a California Limited Liability Company;

332.  PORT 121 LLC, a Delaware Limited Liability Company;

333.  POTRERO LAUNCH AFFORDABLE LP, a California Limited Partnership;

334.  PR 1910 UNION LLC, a Delaware Limited Liability Company;

335.  PR 1921 UNION LLC, a Delaware Limited Liability Company;

336.  PR BROADSTONE BERITAGE I LLC, a Delaware Limited Liability Company;

337.  PR BROADSTONE HERITAGE I LLC, a Delaware Limited Liability Company;

338.  PR IMPERIA LOS ANGELES LLC, a Delaware Limited Liability

Company;

339. PROVDENCE II ARTE APARTMENTS LLC, a Delaware Limited Liability Company;

340. PROVIDENCE CAPITAL GROUP INC, a California Corporation;

341. PRU JSM TRINO LLC, a Delaware Limited Liability Company;

342. R & V MANAGEMENT Group, Inc., a Nevada Corporation;

343. RAINCROSS SENIOR PARTNERS, LLC, a California Limited Liability Company;

344. RAINTREE 1122 UNIVERSITY LLC, a Delaware Limited Liability Company;

345. RAINTREE 1200 RIVERSIDE LLC, a Delaware Limited Liability Company;

346. RAINTREE 201 MARSHALL LLC, a Delaware Limited Liability Company;

347. RAINTREE 2051 THIRD STREET LLC, a Delaware Limited Liability Company;

348. RAINTREE 973 MARKET MASTER TENANT LLC, a Delaware Limited Liability Company;

349. RAINTREE CAMPBELL LLC, a Delaware Limited Liability Company;

350. RAINTREE DEL PRADO LLC, a Delaware Limited Liability Company;

351. RAINTREE FAIR OAKS LLC, a Delaware Limited Liability Company;

352. RAINTREE FLOWER FIELDS LLC, a Delaware Limited Liability Company;

353. RAINTREE FOUNTAIN VALLEY LLC, a Delaware Limited Liability Company;

354. RAINTREE PARTNERS, an unknown business entity;

355. RAINTREE TRIESTE LLC, a Delaware Limited Liability Company;

356. RAINTREE VENTURA COLONY LLC, a Delaware Limited Liability

Company;

357. RAINTREE WALNUT CREEK LLC, a Delaware Limited Liability Company;

358. RANCHO INVESTORS, L.P., a Delaware Limited Liability Company;

359. RANCHO PRESIDIO FEE OWNER LLC, a Delaware Limited Liability Company;

360. RAR2 SUMMERWOOD SARATOGA CA INC, a Delaware Stock Corporation;

361. REGENCY DURANT, LLC, a Delaware Limited Liability Company;

362. REGENCY HILLTOP, LLC, a Delaware Limited Liability Company;

363. RESCORE 1699 MARKET LLC, a Delaware Limited Liability Company;

364. RESCORE KOREATOWN, LLC, a Delaware Limited Liability Company;

365. RESERVE REIT INC., a Maryland Stock Corporation;

366. REVANTAGE CORPORATE SERVICES LLC, a Delaware Limited Liability Company;

367. RI - BERKELEY, LLC, a California Limited Liability Company;

368. RICHARD MUNKVOLD, an individual;

369. RISING GLEN DEL, LLC, a Delaware Limited Liability Company;

370. RIVERSIDE LOCHMOORE DRIVE APARTMENTS, LP, a California Limited Partnership;

371. RIVERVIEW DEL I, LLC, a Delaware Limited Liability Company;

372. RIVUE MCA, LLC, a California Limited Liability Company;

373. RIZE LKMS, LLC, a California Limited Liability Company;

374. ROBERT JEANS, an individual;

375. ROC III CA CREEKWOOD, LLC, a Delaware Limited Liability Company;

376. ROHNERT PARK 668 LP, a California Limited Partnership;

377. ROLLING HILLS GARDEN APARTMENTS, LLC, a California Limited Liability Company;

378. RONISPEN INVESTMENT CORPORATION, an unknown business entity;

379. ROSINA VISTA, L.P., a California Limited Partnership;

380. RRE Bonita Glen Holdings LLC, a Delaware Limited Liability Company;

381. RREEF AMERICA REIT II CORP DD, a Maryland Stock Corporation;

382. Ryan, LLC, an unknown business entity;

383. SAN RAMON PARK PLACE, LLC, a California Limited Liability Company;

384. SANTA MARIA LAND PARTNERS LLC, a Delaware Limited Liability Company;

385. SANTA MARIA MULTIFAMILY LLC, a Delaware Limited Liability Company;

386. SANTEE VILLAS DEL, LLC, a Delaware Limited Liability Company;

387. SDCO HILLS OF CORONA, INC., a Delaware Stock Corporation;

388. SEAN BURTON, an individual;

389. SEPULVEDA APTS. LP, a California Limited Partnership;

390. SETA APARTMENT HOMES DEL, LLC, a Delaware Limited Liability Company;

391. SF APT 1, LLC, a Delaware Limited Liability Company;

392. SHAC 988 ECR APARTMENTS LLC, a Delaware Limited Liability Company;

393. SHAC DEL MEDIO APARTMENTS LLC, a Delaware Limited Liability Company;

394. SHAC SOUTH MATHILDA AVENUE LLC, a Delaware Limited Liability Company;

395. SHADOWRIDGE WOODBEND DEL, LLC, a Delaware Limited Liability Company;

396. SHEARWATER COMMUNITIES, LLC, a Delaware Limited Liability Company;

397. SHERIDAN PARK, LLC, a Delaware Limited Liability Company;

398. SI 26, LLC, a California Limited Liability Company;

399. SI 32, LLC, a California Limited Liability Company;

400. SI 40, LLC, a California Limited Liability Company;

401. SI 51, LLC, a California Limited Liability Company;

402. SI 52, LLC, a California Limited Liability Company;

403. SI 61, LLC, a California Limited Liability Company;

404. SI 66, LLC, a California Limited Liability Company;

405. SI VII, LLC, a California Limited Liability Company;

406. SI VIII, LLC, a California Limited Liability Company;

407. SI XXII, LLC, a California Limited Liability Company;

408. SIGNATURE POINT MULTI, LLC, a Delaware Limited Liability Company;

409. SILICON BEACH LIVE, LLC, a California Limited Liability Company;

410. SM - CLOVERFIELD INVESTORS, LLC, a Delaware Limited Liability Company;

411. SOBRATO DEVELOPMENT COMPANY #940, LLC, a Delaware limited liability company;

412. SOCAL II NOBEL LLC, a Delaware Limited Liability Company;

413. SOFTWIND POINT DEL, LLC, a Delaware Limited Liability Company;

414. SOHAY APARTMENTS, LLC, a Delaware Limited Liability Company;

415. SOLANA RIDGE, L.P., a California Limited Partnership;

416. SOLTERRA AT CIVIC CENTER, LP, a California Limited Partnership;

417. SOUTH SEPULVEDA INVESTORS LP, a Delaware Limited Partnership;

418. SOUTHBORDER LLC, a California Limited Liability Company;

419. SP/P CHANNEL POINT, L.L.C., a Delaware Limited Liability Company;

420. SRI ELEVEN 601 CAPITOL MALL LLC, a Delaware Limited Liability Company;

421. ST. MORITZ PROPERTY OWNER LLC, a Delaware Limited Liability Company;

422. STONE ARBOR APARTMENTS, LLC, a Delaware Limited Liability Company;

423. SUNBOW PARTNERS, L.P., a California Limited Partnership;

424. SW WESTCHESTER LAND, LLC, a Delaware Limited Liability Company;

425. SYCAMORE CORE PROPERTY OWNER, LLC, a Delaware Limited Liability Company;

426. TA SEACREST APARTMENTS, LLC, a Delaware Limited Liability Company;

427. TA VENICE ON ROSE, LP, a Delaware Limited Partnership;

428. TALAVERA RIDGE APARTMENTS, L.P., a California Limited Partnership;

429. TARIGO PROPERTIES LLC, a California Limited Liability Company;

430. TAVERA, L.P., a California Limited Partnership;

431. T-C LEGACY AT WESTWOOD LLC, a Delaware Limited Liability Company;

432. T-C REGENTS COURT LLC, a Delaware Limited Liability Company;

433. TCP-7E, LLC, a Delaware Limited Liability Company;

434. TEACHERS INS & ANNUITY ASSOCIATION, an unknown business entity;

435. TENNESSEE TRIPLE SEVEN LLC, a Delaware Limited Liability Company;

436. TERRA FUNDING - NATOMAS, LLC, a Delaware Limited Liability Company;

437. TERRANO APARTMENT HOMES, LLC, a California Limited Liability Company;

438. THE 626 ORCHARD LLC, a Delaware Limited Liability Company;

439.  THE ARBORS - LAKE FOREST ASSOCIATES, LLC, a Delaware Limited Liability Company;

440.  THE GRAND SHERMAN OAKS, LLC, a Delaware Limited Liability Company;

441.  THE HANOVER AMERICAN INSURANCE COMPANY, a New Hampshire Corporation;

442.  THE HAVEN AT COTTLE STATION, LLC, a South Carolina Limited Liability Company;

443.  THE HAVEN AT PETALUMA, LLC, a South Carolina Limited Liability Company;

444.  THE RESIDENCES AT COTA VERA, LLC, a Delaware Limited Liability Company;

445.  THE WILCO APARTMENTS, LLC, a California Limited Liability Company;

446.  THOMAS LOFARO, an individual;

447.  THOMAS WULF, an individual;

448.  TILDEN - LAFAYETTE LLC, a California Limited Liability Company;

449.  TILDEN - PARK CROSSING LLC, a California limited liability Company;

450.  TIMOTHY VIOLE, an individual;

451.  TOWN CENTER APARTMENTS, INC., a Delaware Stock Corporation;

452.  TREA HOLLY STREET VILLAGE LLC, a Delaware Limited Liability Company;

453.  TRES PINOS LTD., a California Limited Partnership;

454.  TRIO PASADENA, LLC, a California Limited Liability Company;

455.  TROJAN PROPERTY INVESTORS, LLC, a Delaware Limited Liability Company;

456.  TRUAMERICA MULTIFAMILY LLC, a Delaware Limited Liability Company;

457. TSV APARTMENTS, LLC, a Delaware Limited Liability Company;

458. TURTLE CREEK RESIDENTIAL LLC, a California Limited Liability Company;

459. TUSCANY RIDGE TEMECULA DEL, LLC, a Delaware Limited Liability Company;

460. TUSTIN COVENTRY SENIORS, LP, a California Limited Partnership;

461. U.S. REIF SIERRA RIDGE CA LP, a Delaware Limited Partnership;

462. UNIVERSITY ENTERPRISES, INC., a California Stock Corporation;

463. USA PROPERTIES FUND INC, a California Corporation;

464. VA7 CASA VERDE LLC, a Delaware Limited Liability Company;

465. VA8 SIERRABROOK LLC, a Delaware Limited Liability Company;

466. VALENCIA ASSOCIATES, LLC, a Delaware Limited Liability Company;

467. VAYA WC, LLC, a Delaware Limited Liability Company;

468. VENTURA TERRACE, LLC, a California Limited Liability Company;

469. VERANDA ASSOCIATES, LP, a California Limited Partnership;

470. VERMONT CA GARDENS LP, a Delaware Limited Partnership;

471. VILLAGE SQUARE APARTMENTS DEL, LLC, a Delaware Limited Liability Company;

472. VISTA CREEKSIDE APARTMENTS, LLC, a California Limited Liability Company;

473. WEST 27TH, LLC, a Delaware Limited Liability Company;

474. WEST SACRAMENTO MULTIFAMILY, LLC, a California Limited Liability Company;

475. WHISPERING OAKS LP, a California Limited Partnership;

476. WILSHIRE HOBART 377 PROJECT, LLC, a Delaware Limited Liability Company;

477. WOODLAND PARK PROPERTY OWNER, LLC, a California Limited Liability Company;

478.   WOODSIDE PARK, LLC, a Delaware Limited Liability Company.


Dated:  January 19, 2024                    **LAW OFFICE OF JIMMIE DAVIS PARKER**


By: *Jimmie Davis Parker*_____
        JIMMIE DAVIS PARKER

**HOGUE & BELONG**
        JEFFREY HOGUE
        TYLER J BELONG

**DIAMOND McCARTHY LLP**
        DAMION D. D. ROBINSON

Attorneys for Plaintiffs and all others similarly situated

CERTIFICATE OF SERVICE

**Brooks, et al. v. Greystar Real Estate Partners, LLC, et al.**

**USDC Southern District Case No. 3:23-cv-01729-LL-BGS**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California.  My business address is 7812 Wing Flight Court San Diego, CA 92119.

On January 19, 2024, I uploaded true copies of the following document(s) described below to the Court's CM/ECF website which provides electronic service to all counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated:  January 19, 2024                     **LAW OFFICE OF JIMMIE DAVIS PARKER**


By: *Jimmie Davis Parker*
        JIMMIE DAVIS PARKER, ESQ