UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROOKS, et al., individually, and on behalf of all others similarly situated; and DOES 1 through 100 inclusive,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware Limited Liability Company, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 23cv1729-LL-VET<br><br>**ORDER SETTING DEADLINE TO MEET AND CONFER AND FILE JOINT STATUS UPDATE** |

On January 19, 2024, Plaintiff voluntarily dismissed four hundred and seventy-eight Defendants in this case. ECF No. 30. Accordingly, the Court finds it appropriate to **ORDER** the parties to meet and confer on or before <u>**January 26, 2024**</u> regarding the most efficient way to proceed in this case in light of the procedural posture. On or before <u>**January 29, 2024**</u>, the parties are **ORDERED** to file a Joint Status Update that includes: (1) a summary of the current parties to this case; (2) a joint proposed briefing schedule if Defendants Greystar Real Estate Partners, LLC and Greystar California, Inc. intend to refile their Motion to Dismiss (ECF No. 13) and/or Motion to Compel Arbitration (ECF No. 12) and/or other intended filings anticipated by the parties at this time; and (3) a joint

1  update regarding settlement discussions and the parties' positions regarding whether a
2  settlement conference would be beneficial at this time.
3      Upon receipt of the parties' filing, the Court will issue a briefing schedule as
4  necessary.
5      **IT IS SO ORDERED**.
6  Dated:  January 23, 2024

Honorable Linda Lopez
United States District Judge