SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MARK G. RACKERS, Cal Bar No. 254242
ANNA JANE I. ZARNDT, Cal Bar No. 327719
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
E mail     mrackers@sheppardmullin.com
           azarndt@sheppardmullin.com

Attorneys for Defendants GREYSTAR
REAL ESTATE PARTNERS, LLC and
GREYSTAR CALIFORNIA, INC.

JEFFREY L. HOGUE (SBN 234557)
TYLER J. BELONG (SBN 234543)
JULIE A. KEARNS (SBN 246949)
HOGUE & BELONG
170 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-4720

JIMMIE DAVIS PARKER (SBN 252023)
LAW OFFICE OF JIMMIE DAVIS PARKER, APC
7812 Wing Flight Court
San Diego, California 92119
Telephone:  (619) 887-3300
E mail:     jdparker@gmail.com

Attorneys for Plaintiffs and all others similarly-situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROOKS, LAURA SIEGEL; TIFFANY VINSON, PHILIP MCGILL, ANNIE CASTNER, CHERELLE BLOUNT, individually, and on behalf of all others similarly situated; and ROES 1 through 100 inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware Limited Liability Company; GREYSTAR CALIFORNIA, INC., a Delaware Corporation; et al.,<br><br>Defendants. | Case No. 3:23-cv-01729-LL-VET<br><br>**JOINT STATUS UPDATE AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS**<br><br>Assigned to: Hon. Linda Lopez<br>Crtrm.:  5D – 5th Floor<br><br>Complaint Filed:  September 18, 2023<br>FAC Filed:  November 2, 2023 |

Pursuant to the Court's January 23, 2024 Order Setting Deadline to Meet and Confer and File Joint Status Update (ECF No. 31), counsel for the parties met and conferred on January 26, 2024 to discuss the topics outlined by the Court. The parties hereby agree on the following:

(1)  Following Plaintiffs' voluntary dismissal of 478 of the named defendants (ECF No. 30), the remaining defendants in this action are Greystar Real Estate Partners, LLC and Greystar California, Inc. (collectively "Greystar").

(2)  As such, Greystar intends to update and refile its previously-filed Motion to Strike and Dismiss (*see* ECF No. 13) and Motion to Compel Arbitration (*see* ECF No. 12). The parties propose the following briefing schedule for the motions:

(a)  Greystar will file the updated Motion to Strike/Dismiss and the updated Motion to Compel Arbitration on or before <u>February 14, 2024, with a hearing date noticed for March 20, 2024</u>;

(b)  Plaintiffs will file responses in opposition to Greystar's updated motions on or before <u>February 28, 2024</u>;

(c)  Greystar will file replies in support of its updated motions on or before <u>March 6, 2024</u>.

(3)  The parties discussed the potential for early, informal settlement discussions. However, given that the pleadings are not yet set and that this case is early in its development, the parties do not believe that a settlement conference would be beneficial at this time, but they agreed to continue discussing the potential for ADR as the case progresses.

1  Dated:  January 26, 2024

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By      /s/ *Anna Jane I. Zarndt*
                           MARK G. RACKERS
                           ANNA JANE I. ZARNDT
                           Attorneys for Defendants
                    GREYSTAR REAL ESTATE PARTNERS, LLC and GREYSTAR CALIFORNIA, INC.

Dated:  January 26, 2024

                    LAW OFFICE OF JIMMIE DAVIS PARKER, APC

                    By      /s/ *Jimmie D. Parker*
                           JIMMIE DAVIS PARKER
                           Attorneys for Plaintiffs
                           and all other similarly-situated

**\*Electronically signed with permission from Mr. Parker in email dated January 26, 2024**

Upon review of the Joint Status Update:

IT IS HEREBY ORDERED that Greystar shall file the updated Motion to Strike/Dismiss and the updated Motion to Compel Arbitration on or before <u>February 14, 2024, with a hearing date noticed for March 20, 2024</u>;  Plaintiffs will file responses in opposition to Greystar's updated motions on or before <u>February 28, 2024</u>;  Greystar will file replies in support of its updated motions on or before <u>March 6, 2024</u>.

IT IS SO ORDERED.

Dated: _____      _____
                                    Hon. Linda Lopez
                                    United States District Judge

# PROOF OF SERVICE

**Brooks, et al. v. Greystar Real Estate Partners, LLC, et al.
USDC Southern District Case No. 3:23-cv-01729-LL-BGS**

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of . My business address is 501 West Broadway, 18th Floor, San Diego, CA 92101-3598.

On January 26, 2024, I served true copies of the following document(s) described as

**JOINT STATUS UPDATE AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS**

on the interested parties in this action as follows:

dr@robinsonmarkevitch.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address pparker@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 26, 2024, at San Diego, California.

_Pamela Parker_
Pamela Parker

SMRH:4860-8194-6498.1

-1-

Case No. 3:23-cv-01729 LL VET
PROOF OF SERVICE