UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROOKS, et al., individually, and on behalf of all others similarly situated; and DOES 1 through 100 inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware Limited Liability Company, et al.,<br><br>Defendants. | Case No.:  23cv1729-LL-VET<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On January 26, 2024, the parties submitted a Joint Status Update pursuant to the Court's Order issued on January 23, 2024. *See* ECF Nos. 31, 32. The Court has reviewed the parties' Joint Status Update and hereby sets the following briefing schedule:

(1) Greystar Real Estate Partners, LLC and Greystar California, Inc. ("Defendants") shall file an updated Motion to Strike/Dismiss and an updated Motion to Compel Arbitration on or before **February 14, 2024**. The pending Motion to Strike/Dismiss at ECF No. 13 and Motion to Compel Arbitration at ECF No. 12 are hereby **DENIED AS MOOT.**

(2) Plaintiffs shall file Responses in Opposition to Defendants' updated Motions on

or before **February 28, 2024**.

(3) Defendants shall file Replies in support of the updated Motions on or before **March 6, 2024**.

(4) Upon receipt of the briefing, the Court will take the matters under submission and no hearing shall be necessary unless otherwise set by the Court.

**IT IS SO ORDERED**.

Dated: February 7, 2024

_____
Honorable Linda Lopez
United States District Judge