JEFFREY L. HOGUE (SBN 234557)
TYLER J. BELONG (SBN 234543)
**HOGUE & BELONG**
170 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-4720

JIMMIE DAVIS PARKER (SBN 252023)
**LAW OFFICE OF JIMMIE DAVIS PARKER, APC**
7812 Wing Flight Court
San Diego, California 92119
jdparker@gmail.com
Telephone: (619) 887-3300

[Other counsel listed on signature page]

Attorneys for Plaintiffs RONNIE BROOKS,
LAURA SIEGEL, TIFFANY VINSON, PHILIP McGILL,
ANNIE CASTNER, and CHERELLE BLOUNT,
and all others similarly situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROOKS, *et al.*,<br><br>                              Plaintiffs,<br><br>         vs.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, *et al.*,<br><br>                              Defendants. | Case No. 3:23-cv-01729-LL-BGS<br><br>Assigned to: Hon. Linda Lopez<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' OPPOSITION TO DEFENDANTS GREYSTAR REAL ESTATE PARTNERS, LLC AND GREYSTAR CALIFORNIA, INC.'S MOTION TO STRIKE AND DISMISS FIRST AMENDED COMPLAINT AND NOTICE OF INTENT TO FILE NEW OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AND DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:  March 20, 2024<br>Crtrm: 5D, 5th Floor<br><br>Action Filed:   September 18, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiffs Ronnie Brooks, Laura Seigel, Tiffany Vinson, Philip McGill, Annie Castner, and Cherelle Blount, individually, and on behalf of others similarly situated, hereby respectfully request withdraw of ECF Nos. 37 and 37-1, which were previously submitted to the Court on February 28, 2024. These two documents inadvertently contained clerical errors in either their caption or table of contents. These clerical errors have been corrected and these documents (ECF Nos. 37 and 37-1) will be refiled today as ECF Nos. 39 and 39-1 respectively.


Dated: February 29, 2024

**HOGUE & BELONG**

By: *Jeffrey Hogue*
　　JEFFREY L. HOGUE, ESQ.
　　TYLER J. BELONG, ESQ.

**LAW OFFICE OF JIMMIE DAVIS PARKER**
　　JIMMIE DAVIS PARKER

**ROBINSON MARKIVTICH**
　　DAMION D. D. ROBINSON

Attorneys for Plaintiffs and all others similarly situated