JEFFREY L. HOGUE (SBN 234557)
TYLER J. BELONG (SBN 234543)
**HOGUE & BELONG**
170 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-4720

Damion D. D. Robinson (Cal. Bar No. 262573)
Jimmie Davis Parker (Cal. Bar No. 252023)
**ROBINSON MARKEVITCH & PARKER LLP**
8430 Santa Monica Blvd., Suite 200
West Hollywood, CA 90069
Tel. (213) 757-7778

[additional counsel on last page]

Attorneys for plaintiffs and all others similarly-situated.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROOKS, LAURA SIEGEL, TIFFANY VINSON, PHILIP MCGILL, ANNIE CASTNER, and CHERELLE BLOUNT, individually, and on behalf of all others similarly situated; and ROES 1 through 100 inclusive;<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware Limited Liability Company, GREYSTAR CALIFORNIA, INC, a Delaware Corporation; et al.<br><br>    Defendants. | Case No.: 3:23-cv-01729-LL-BGS<br><br>**THIRD AMENDED CLASS ACTION COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF AND RESTITUTION:**<br><br>**1. VIOLATION OF CALIFORNIA CIVIL CODE § 1950.5**<br><br>**2. UNFAIR COMPETITION (CAL. BUS. & PROF. CODE § 17200)**<br><br>**JURY DEMAND** |

Plaintiffs aver:

I. **INTRODUCTION**

1. Defendant GREYSTAR REAL ESTATE PARTNERS, LLC (collectively with Defendant GREYSTAR CALIFORNIA, INC., "GREYSTAR") is the largest landlord in the United States. It publicly touts that it has "more than 822,100" residential units under management, many of which it also owns. GREYSTAR is estimated to have hundreds of thousands of residential units in California. Its business is extremely lucrative, making it one of the top real estate firms in the country in multiple categories, including apartment owners, developers, and builders.[1]

2. To boost its already-massive profits, GREYSTAR has systematically pilfered tenants' deposits in violation of clear law, illegally turning security deposits into a profit center.

3. California has a detailed statutory scheme designed to protect tenants from the common practice of landlords converting their deposits. Deposits are held in trust for the benefit of the tenant and may only be used for purposes authorized by statute. Cal. Civ. Code § 1950.5(b), (d). A landlord may only deduct from the deposits for unpaid rent, repairs (other than ordinary wear and tear), necessary cleaning, and to replace or restore personal property and appurtenances. *Id.*, subd. (b).

4. A critical component of the statutory scheme is the requirement that the landlord substantiate any withholdings at the time a tenant moves out. The landlord must provide detailed, mandatory disclosures, including an itemized statement "reasonably describ[ing]" all work performed and "a copy of the bill, invoice, or receipt supplied by the person or entity performing the work." *Id.*, subd. (g). These requirements are designed to ensure that any charges are fully verifiable by the tenant.

5. GREYSTAR, however, uniformly fails to provide tenants with the disclosures mandated by statute. Among other things, it fails to provide sufficient

---

[1]    https://www.greystar.com/about-greystar/newsroom/greystar-nmhc-2022-rankings

information to tenants to verify the charges, and fails to provide bills, invoices, receipts, or other vendor documentation, as a matter of companywide custom and practice. As a result of this failure, GREYSTAR is required to return the entire deposit of any tenant to whom it failed to provide the mandatory, statutory disclosures. Upon a finding that GREYSTAR's non-compliance is in bad faith, GREYSTAR and the entities it represents forfeit any claim to recover against tenants for any repair or cleaning charges.

6. Plaintiffs bring this action on behalf of themselves and other former tenants of GREYSTAR to recover the deposits that GREYSTAR unlawfully withheld without providing the statutory disclosures and to enjoin Greystar from engaging in similar illegal practices in the future.

## II.  **JURISDICTION**

7. This Court has original jurisdiction pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d)(2).

8. This is a "class action" as defined in CAFA as it is "filed under rule 23 of the Federal Rules of Civil Procedure." *See* 28 U.S.C. § 1332(d)(1)(B).

9. The amount in controversy exceeds $5,000,000. Plaintiffs are informed and believe that Defendants unlawfully withheld security deposits well in excess of the $5,000,000 jurisdictional threshold. *See* 28 U.S.C. § 1332(d)(2).

10. Minimal diversity of citizenship exists. *See* 28 U.S.C. § 1332(d)(2)(A). Plaintiffs are citizens and residents of the State of California. On information and belief, GREYSTAR is a citizen of South Carolina.

## III.  **VENUE**

11. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) on the grounds that a substantial part of the events or omissions giving rise to the claim occurred in this District. Plaintiffs TIFFANY VINSON and PHILLIP MCGILL lived in apartment complexes owned and/or managed by Greystar in San Diego, California. Plaintiff RONNIE BROOKS lived in an apartment complex owned and/or managed by Greystar in Temecula, California. Defendants withheld the security deposits of each of these

named Plaintiffs within this District.

## IV.  CERTAIN AVERMENTS UPON INFORMATION AND BELIEF

12.  The averments of fact which are contained within certain Paragraphs of this Complaint are made upon information and belief which may be grounded in whole or in part upon matters discovered through investigation conducted by the undersigned counsel.

## V.  PARTIES

### A.  The Plaintiffs

13.  Plaintiff TIFFANY VINSON is an individual, a citizen of the State of California and resided at "Gema Apartments" in San Diego, California – one of the Defendants' APARTMENT COMPLEXES[2] – at relevant times.

14.  Plaintiff PHILIP MCGILL[3] is an individual, a citizen of the State of California and resided at the "Tenth&G" apartments in San Diego, California – one of Defendants' APARTMENT COMPLEXES – at relevant times.

15.  Plaintiff RONNIE BROOKS is an individual, a citizen of the State of California and resided at "Solaire Apartments" in Temecula, California – one of the Defendants' APARTMENT COMPLEXES – at relevant times.

16.  Plaintiff LAURA SIEGEL is an individual, a citizen of the State of California, and resided at "Breakwater Apartments" in Huntington Beach, California – one of the Defendants' APARTMENT COMPLEXES – at relevant times.

17.  Plaintiff ANNIE CASTNER is an individual, a citizen of the State of California who resided at "Calypso Apartments and Lofts" in Irvine, California – one of the Defendants' APARTMENT COMPLEXES in Orange County during all relevant

---

[2]    The California multifamily rental properties that GREYSTAR manages and operates are defined herein as "APARTMENT COMPLEXES" – which are uniformly subjected to its unlawful security deposit administration scheme.

[3]    On July 19, 2024, plaintiff Phillip McGill was compelled to arbitration. [ECF No. 44]

times.

18.     Plaintiff CHERLY BLOUNT is an individual, a citizen of the State of California, and resided at the "Frederic" in Sacramento, California – one of Defendants' APARTMENT COMPLEXES – at relevant times.

19.     Plaintiffs ROES 1 through 100 are former tenants of the Defendants herein, who, though not yet identified, are similarly situated to the above-named Plaintiffs, and who may serve as additional class representatives. The true names of Plaintiffs ROES 1 through 100 will be added to this Complaint when their identities become known. Hereinafter Plaintiffs RONNIE BROOKS, TIFFANY VINSON, LAURA SEIGEL, ANNIE CASTNER, CHERELLE BLOUNT, and ROES 1 through 100 shall be collectively called "Plaintiffs."

20.     Upon information and belief, 100% of the putative plaintiffs resided in California at the time their cause of action accrued, at least more than two-thirds of putative plaintiffs continue to reside in California and are California citizens, all injuries complained of herein occurred within California, the majority of the Defendants are headquartered in California, own property in California and primarily, if not exclusively, do business within California.

**B.     The Defendants**

   **1.     *Greystar***

21.     Defendant GREYSTAR PROPERTY REAL ESTATE PARTNERS, LLC is a Delaware corporation with its principal place of business in Charleston, South Carolina.

22.     Defendant GREYSTAR CALIFORNIA, INC. is a Delaware corporation with its principal place of business in Charleston, South Carolina.  On information and belief, it is an affiliate of GREYSTAR REAL ESTATE PARTNERS, LLC and is responsible, in whole or in part, for GREYSTAR's property management operations in California.

23.     The California multi-dwelling residential properties that GREYSTAR manages and/or operates are referred to herein as "APARTMENT COMPLEXES."  The

APARTMENT COMPLEXES are uniformly subject to GREYSTAR's unlawful security deposit administration scheme.

24.     The entities that hold title to the APARTMENT COMPLEXES are referred to herein as "SPEs" (Single Purpose Entity).

25.     Defendant GREYSTAR is an affiliate of global giant Greystar Worldwide LLC.  It publicly proclaims, "Greystar is a leading, fully integrated real estate company offering expertise in investment management, development, and management of rental housing properties globally.  **We own, operate, and develop rental housing, including traditional multifamily**, mixed-use, student and university partnerships, active adult, life sciences, single family, and logistics." (emphasis added).

26.     As it publicly proclaims, GREYSTAR is a multi-dwelling residential apartment investor, owner, developer, and property management based in Charleston, South Carolina.

27.     Plaintiffs are informed and believe that GREYSTAR is a privately held corporation, founded by Robert ("Bob") A. Faith. According to GREYSTAR's webpage (https://www.greystar.com /contact-us/our-people/bob-faith):

> Bob Faith is Founder, Chairman, and CEO of Greystar, a global leader in the investment, development, and management of high-quality rental housing properties. As Chief Executive Officer, Bob leads the Greystar Investment Committee, Executive Committee, and Board of Directors. For nearly three decades, Bob has maintained oversight over all aspects of Greystar, including organizational structure, strategic planning, and company growth.

28.     Further, according to its website (https://www.greystar.com/business-services/property-management), GREYSTAR manages 2,880 communities, in 238 global markets, amounting to "more than 822,100 multifamily units and student beds under management globally."

29.     Upon information and belief, GREYSTAR owns, controls and/or manages

each of the APARTMENT COMPLEXES located in California.  GREYSTAR serves as the property manager of each of the APARTMENT COMPLEXES identified herein.

30. GREYSTAR owns many of these APARTMENT COMPLEXES, in whole or in part, through a series of affiliated companies and investment vehicles with an opaque corporate structure designed and implemented by GREYSTAR.  That corporate structure frequently results in two or more entities owning each apartment complex, one or more entities acting as a management entity, and GREYSTAR at the top of organizational chart as owner and/or manager of the entities and properties identified.  GREYSTAR is the ultimate managing member of the corporate structures holding title.

31. In other instances, GREYSTAR serves as the property manager of APARTMENT COMPLEXES on behalf of the owners of those complexes, referred to as the SPEs.

32. Whether or not GREYSTAR owns an interest in the APARTMENT COMPLEXES, GREYSTAR uniformly manages and controls the properties, sets all policies and procedures for the administration of security deposits, and oversees the administration of the security deposits, either by way of its ownership, property-management contracts, or both.

33. The above-referenced corporate structure amounts to a massive single integrated enterprise under California law because the entities have interrelated operations, common management, common control, and common ownership.

34. Whether acting in its capacity as owner, property manager, or both, GREYSTAR is a "landlord" for purposes of California Civil Code § 1950.5 as the entity responsible for holding, maintaining, and administering security deposits.  Further, GREYSTAR is at all times acting within its scope of agency on behalf of SPEs for the benefit of SPEs while administering security deposits of the SPEs' former tenants.

### 2. *Single Purpose Entity ("SPEs")*

35. Each SPE has given GREYSTAR actual and ostensible authority and agency to handle property management functions with respect to the APARTMENT

COMPLEXES, including, without limitation, security deposit administration.

36.     GREYSTAR acts as an agent for each of the title owners, including creating, promulgating, and administering the security deposit policies and practices complained of herein. GREYSTAR, rather than the SPEs, is tasked with administering tenant security deposits at each of the complexes identified herein.

37.     Upon information and belief, most or all the SPEs are single-purpose entities formed for the sole purpose of holding title to the APARTMENT COMPLEXES. Many of them are subsidiaries or affiliates of large international, national, and regional investment firms, which own numerous properties throughout the State of California and elsewhere. Despite the substantial number of ownership entities, the subject title owners are ultimately beneficially owned and/or controlled primarily by a relatively small group of professional real estate investors.

38.     GREYSTAR has developed a "plug and play" system for property management on behalf of the owner/investor SPEs. Upon information and belief, GREYSTAR markets a comprehensive property management program, which involves all or substantially all marketing, leasing, collection of rents and other charges, on-site property management, repairs and maintenance, inspections, and security deposit administration. GREYSTAR also supplies substantially all the staff necessary to manage the APARTMENT COMPLEXES, comprised of GREYSTAR employees, acting pursuant to GREYSTAR policies and procedures. Substantially all the APARTMENT COMPLEXES are given a Greystar-branded website and online tenant portal for marketing, leasing, payments, and tenant communications. GREYSTAR also assigns each APARTMENT COMPLEX its own unique email address with an "@greystar.com" suffix for tenant communications.

39.     By all appearances, the APARTMENT COMPLEXES are GREYSTAR properties, subject to GREYSTAR's direction and control. By virtue of this system, the SPEs acquire the properties, turn over substantially all property management functions to GREYSTAR, and receive the revenue stream from the APARTMENT COMPLEXES,

less GREYSTAR's fee.

40.     By way of illustration, plaintiff LAURA SEIGEL resided at Breakwater apartments in Seal Beach, California.    The website for the Breakwater apartments (www.livethebreakwater.com) is a standard GREYSTAR website and online portal, with a GREYSTAR logo and branding.  It is subject to the "Greystar Privacy Policy," hosted on the GREYSTAR website, and under the "Disclosures & Licenses" section provides a listing of GREYSTAR's real estate licenses.    As described below, the assistant community manager at Breakwater was assigned a breakwateragr@greystar.com email address by GREYSTAR, which the community manager used to communicate with Ms. Seigel and other tenants.

41.     Plaintiff CHERRELLE BLOUNT resided at The Frederic apartments in Sacramento, California.  The "The Frederic" website (www.thefredericapartments.com) is a standard GREYSTAR website and online portal with a GREYSTAR logo and branding.   The site is subject to the GREYSTAR Privacy Policy, hosted on the GREYSTAR website. The "Disclosures & Licenses" section of the website lists GREYSTAR's real estate brokerage licenses. As described below, and the community manager was assigned thefrederic@greystar.com email address by GREYSTAR.

### 3.     *Greystar Owned Properties*

42.     Upon information and belief, the following SPEs are ultimately beneficially owned, in whole or in part, by the parent company, GREYSTAR and are title holders to the APARTMENT COMPLEXES subject to GREYSTAR's uniform, systematic and unlawful administration of residential security deposits.

43.     Upon information and belief, GREYSTAR dominates and controls each of the following SPEs, which act as a single and common enterprise.  Each of them has uniformity of management employees, offices, officers, ownership, and legal representation.  GREYSTAR holds interest in and/or manages the same real property, in the same industry, for the ultimate benefit of the same members.

44.     The GREYSTAR owned properties are closely held companies and/or

partnerships; have identical officers and directors; use the same offices and business locations; use the same registered agents for service of process, employ the same employees and attorneys; are in the same business and venture, for the benefit of the same ultimate shareholders and/or members; do not maintain arm's-length relationships; and share and provide labor, services, capital, revenue, real estate and/or management services. Plaintiffs are further informed and believe that certain of the entities listed below, while not directly owned by GREYSTAR, may be indirectly or beneficially owned, or controlled by GREYSTAR as part of the same unitary enterprise.

45. **CI-GS HILLCREST LLC** directly owns and does business as "Mode," a multi-dwelling residential apartment complex generally located at 635 Robinson Avenue, San Diego, CA 92103. **CI-GS HILLCREST LLC** managing member is GS Hillcrest Holdings, LLC. GS Hillcrest Holdings, LLC managing member is **GREYSTAR**. **CI-GS HILLCREST LLC's** principal address is 465 Meeting Street, Suite 500, Charleston SC 90264, which is the same principal address as **GREYSTAR**. In addition, **CI-GS HILLCREST LLC** and **GREYSTAR** share one or more individuals registered as agents for service of process.

46. **CV MENLO PARK, LLC** directly owns and does business as "Elan Menlo Park Apartments," a multi-dwelling residential apartment complex generally located at 3645 Haven Avenue, Menlo Park, CA 94025. **CV MENLO PARK, LLC** managing member is CV Menlo Park Member, LLC. CV Menlo Park Member, LLC managing member is GS Menlo Park Holdings, LLC. GS Menlo Park Holdings, LLC managing member is GREYSTAR.

47. **GS SANTA FE APARTMENTS, L.P.,** directly owns and does business as "The Gabriel," a multi-dwelling residential apartment complex generally located at 2771 N. Garey Avenue, Pomona, CA 91767; its managing member is GS Santa Fe GP, LLC. GS Santa Fe GP, LLC's managing member is **GREYSTAR**. Both **GA SANTA FE APARTMENTS, L.P.** and **GREYSTAR** share a principal address of 465 Meeting Street, Suite 500, Charleston SC 90264. In addition, both entities share one or more

individuals registered as the agent for service of process.

48. **GDCV CULVER CITY, LLC** directly owns and does business as "Access Culver City, A Greystar Elan Community," a multi-dwelling residential apartment complex generally located at 8770 Washington Blvd, Culver City, CA 90232. **GDCV CULVER CITY, LLC** is managed by GDCV Residential Portfolio, LP, which is not apparently registered or qualified to do business in California. **GDCV CULVER CITY, LLC's** principal address is 465 Meeting Street, Suite 500, Charleston SC 90264, which is the same principal address as **GREYSTAR**, and both entities share one or more individuals registered as the agent for service of process. As of the date of this filing, **GREYSTAR'S** website publicly holds itself out as the property manager of the "Access Culver City, A Greystar Elan Community."

49. **GDCV II BP VILLAGE C-2 REIT, LLC** directly owns and does business as "Park 12- The Collection," a multi-dwelling residential apartment complex generally located at 100 Park Plaza, San Diego, CA 92101. **GDCV II BP VILLAGE C-2 REIT, LLC** and **GREYSTAR** share the principal address of 465 Meeting Street, Suite 500, Charleston SC 90264. **GDCV II BP VILLAGE C-2 REIT, LLC** and **GREYSTAR** share one or more individuals registered as the agent for service of process.

50. **GDCV II WEST LA 135, LLC,** directly owns and does business as "Cobalt Apartments," a multi-dwelling residential apartment complex generally located at 10601 Washington Blvd., Los Angeles, CA 90232. **GDCV II WEST LA 135, LLC,** is managed by GDCV Residential Portfolio II, LP, which is not apparently registered or qualified to do business in California. **GDCV II WEST LA 135, LLC's** and **GREYSTAR** share a principal address of 465 Meeting Street, Suite 500, Charleston SC 90264, and likewise share one or more individuals registered as agents for service of process. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Cobalt Apartments."

51. **GDCV MARKET STREET 87, LLC** directly owns and does business as "Duboce Apartments," a multi-dwelling residential apartment complex generally located

at 181 Sanchez St., San Francisco, CA 94114. **GDCV MARKET STREET 87, LLC** and **GREYSTAR** share a principal address of 465 Meeting Street, Suite 500, Charleston SC 90264 and share one or more individuals registered as the agent for service of process.

52. **GDCV PASADENA 201, LLC,** directly owns and does business as "Avila Apartments," a multi-dwelling residential apartment complex generally located at 75 W. Walnut, Pasadena, CA 91103. **GDCV PASADENA 201, LLC,** is managed by GDCV Residential Portfolio, LP, which is not apparently registered or qualified to do business in California. **GDCV PASADENA 201, LLC** and **GREYSTAR** share a principal address of 465 Meeting Street, Suite 500, Charleston SC 90264, and likewise both entities share one or more individuals registered as the agent for service of process. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Avila Apartments."

53. **GEDR HILLSIDE, LLC** directly owns and does business as "Hillside Village," a multi-dwelling residential apartment complex generally located at 1801 Shattuck Ave., Berkeley, CA 94709. **GEDR HILLSIDE, LLC**'s managing member is GREYSTAR. **GEDR HILLSIDE, LLC** and **GREYSTAR** share the same principal address of 465 Meeting Street, Suite 500, Charleston SC 90264. In addition, **CI-GS HILLCREST LLC** and **GREYSTAR** share one or more individuals registered as agents for service of process.

54. **GEP X ISLA VISTA LLC** directly owns and does business as "Breakpointe Coronado," a multi-dwelling residential apartment complex generally located at 6672 Abrego Rd., Isla Vista, CA 93117. GEP X ISLA VISTA LLC managing member is GREYSTAR. Both entities share the same principal address of 465 Meeting Street, Suite 500, Charleston SC 90264. In addition, both entities share one or more of the same registered agents for service of process.

55. **GEP XI VISTA POINT, LLC,** directly owns and does business as "Avana Vista Point," a multi-dwelling residential apartment complex, generally located at 7740 Watt Ave., Antelope, CA 95843; its managing member is GEP XI Vista Point HoldCo,

LLC. GEP XI Vista Point HoldCo, LLC managing member is Greystar Equity Partners XI REIT, LLC. **GREYSTAR** and **GEP XI VISTA POINT, LLC's** share a principal address of 465 Meeting Street, Suite 500, Charleston SC 90264. In addition, both entities share one or more individuals registered as the agents service of process. Further, both entities share the same officer, director, and/or manager, Joshua Carper.

56. **GGIF VIANO, LLC,** directly owns and does business as "Viano at Riverwalk," a multi-dwelling residential apartment complex generally located at 4655 Sierra Vista Ave., Riverside, CA 92505; its managing member is GD8 Holdings, LLC. GD8 Holdings, LLC managing member is GREYSTAR. In addition, both entities share one or more individuals registered as the agent for service of process.

57. **GS 1401 MISSION PROJECT OWNER, LLC** directly owns and does business as "Olume Apartments," a multi-dwelling residential apartment complex generally located at 1401 Mission St., San Francisco, CA 94103. The managing member if **GS 1401 MISSION PROJECT OWNER, LLC** is GS 1401 Mission REIT, Inc. The principal office of **GS 1401 MISSION PROJECT OWNER LLC** is 465 Meeting Street, Suite 500, Charleston, South Carolina, the same principal office as **GREYSTAR**.

58. **GS AA RIVERWALK OWNER, LLC,** directly owns and does business as "Overture Riverwalk," a multi-dwelling residential apartment complex generally located at 4725 Sierra Vista Ave., Riverside, CA 92502. **GS AA RIVERWALK OWNER, LLC's,** managing member is GS AA Riverwalk Holdco, LLC. The principal office of **GS AA RIVERWALK OWNER, LLC** is 465 Meeting Street, Suite 500, Charleston, South Carolina, the same principal office as **GREYSTAR**. **GREYSTAR** and **GS AA RIVERWALK OWNER, LLC** share one or more individuals registered as agents for service of process. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Overture Riverwalk."

59. **GS AA SAN MARCOS OWNER, LLC** directly owns and does business as "Overture San Marcos," a multi-dwelling residential apartment complex generally located at 852 Avenida Ricardo, San Marcos, CA 92069. The principal office address of

**GS AA SAN MARCOS OWNER, LLC** is 465 Meeting Street, Suite 500, Charleston, South Carolina, the same principal office as **GREYSTAR**. **GS AA SAN MARCOS OWNER, LLC** and **GREYSTAR** share one or more individuals registered as the agent for process.

60. **GS ARGENTA PROJECT OWNER, LLC** directly owns and does business as "Argenta Apartments," a multi-dwelling residential apartment complex generally located at 1 Polk St., San Francisco, CA 94102. The principal office address of **GS ARGENTA PROJECT OWNER, LLC** is 465 Meeting Street, Suite 500, Charleston, South Carolina, the same principal office as **GREYSTAR**. **GS ARGENTA PROJECT OWNER, LLC** and **GREYSTAR** share one or more individuals registered as the agent for service of process.

61. **GS CORONA, LLC,** owns and does business as "Avana Springs," a multi-dwelling residential apartment complex, generally located at 890 Hotsprings Dr., Corona, CA 92878-4611. **GS CORONA, LLC,** managing member is GS Corona Holdco, LLC. The principal office of both **GS CORONA, LLC** and GS Corona Holdco, LLC is 465 Meeting Street, Suite 500, Charleston SC 90264, which is the same principal address as **GREYSTAR,** and likewise both entities share one or more individuals registered as the agent for service of process. GS Corona Holdco, LLC is apparently not registered or qualified to do business in California. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Avana Springs" apartments.

62. **GS TULLY ROAD, LLC** directly owns and does business as "Avana San Jose," a multi-dwelling residential apartment complex generally located at 995 Tully Rd, San Jose, CA 95122. **GS TULLY ROAD, LLC** and **GREYSTAR** share a principal address of 465 Meeting Street, Suite 500, Charleston SC 90264. In addition, **GS TULLY ROAD, LLC** and **GREYSTAR** share one or more individuals registered as the agent for service of process.

63. **GSIC II ALMADEN OWNER, LP** directly owns and does business as

"Avana Almaden Apartments," a multi-dwelling residential apartment complex generally located at 1070 Foxchase Drive, San Jose, CA 95123. **GSIC II ALMADEN OWNER, LP** and **GREYSTAR** share a principal address of 465 Meeting Street, Suite 500, Charleston SC 90264. In addition, **GSIC II ALMADEN OWNER, LP** and GREYSTAR share one or more individuals registered as the agent for service of process, and share the same officer, director, and/or manager, Joshua Carper.

64. **GSIC II CUCAMONGA OWNER, LP** directly owns and does business as "Avana Rancho Cucamonga Apartments," a multi-dwelling residential apartment complex, generally located at 10400 Arrow Route, Rancho Cucamonga, CA 91730. **GSIC II CUCAMONGA OWNER, LP**, general partner is GSIC II Cucamonga GP, LLC. The principal address of **GSIC II CUCAMONGA OWNER, LP** and GSIC II Cucamonga GP, LLC is 465 Meeting Street, Suite 500, Charleston SC 90264, which is the same principal address as **GREYSTAR,** and likewise both entities share one or more individuals registered as the agent for service of process. Further, the manager of GSIC II Cucamonga GP, LLC is Joshua Carper, who is also an officer, director and/or manager of GREYSTAR. GSIC II Cucamonga GP, LLC is apparently not registered or qualified to do business in California as required. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Avana Rancho Cucamonga Apartments."

65. **GSIC II PALOS VERDES OWNER, LP** directly owns and does business as "Avana Rancho palos Verdes Apartments," a multi-dwelling residential apartment complex generally located at 6600 Beachview Drive, Rancho Palos Verdes, CA 90275. **GSIC II PALOS VERDES OWNER, LP,** is managed by GSIC II Palos Verdes GP, LLC. **GSIC II PALOS VERDES OWNER, LP** and **GREYSTAR** share the same principal address of 465 Meeting Street, Suite 500, Charleston SC 90264. In addition, both **GSIC II PALOS VERDES OWNER, LP** and **GREYSTAR** share one or more individuals registered as the agent for service of process as well as the same officer, director, and/or manager, Joshua Carper.

66.     **GSIC II PINE OWNER, LP** directly owns and does business as "Avana on Pine Apartments," a multi-dwelling residential apartment complex generally located at 245 Pine Avenue Suite 100, Long Beach, CA 90803.  **GSIC II PINE OWNER, LP** and **GREYSTAR** share a principal address of 465 Meeting Street, Suite 500, Charleston SC 90264, and both also share one or more individuals registered as the agent for service of process.  Further, both entities share the same officer, director, or manager, Joshua Carper.

67.     **GSIC II STONERIDGE OWNER, LP** directly owns and does business as "Avana Stoneridge Apartments," a multi-dwelling residential apartment complex generally located at 5505 Springhouse Drive, Pleasanton, CA 94588.  **GSIC II STONERIDGE OWNER, LP** and **GREYSTAR** also share a principal address of 465 Meeting Street, Suite 500, Charleston SC 90264.  **GSIC II STONERIDGE OWNER, LP** and **GREYSTAR** share one or more individuals registered as the agent for service of process.  Further, both entities share the same officer, director, and/or manager, Joshua Carper.

68.     **GSIC II SUNNYVALE OWNER, LP** directly owns and does business as "Avana Sunnyvale Apartments," a multi-dwelling residential apartment complex generally located at 355 North Wolfe Road, Sunnyvale, CA 94085.  **GSIC II SUNNYVALE OWNER, LP** and **GREYSTAR** share a principal address of 465 Meeting Street, Suite 500, Charleston SC 90264.  **GSIC II SUNNYVALE OWNER, LP** and **GREYSTAR** share one or more individuals registered as the agent for service of process, and both entities share the same officer, director, and/or manager, Joshua Carper.

69.     **GSIC II WILSHIRE OWNER, LP** owns and does business as "Avana on Wilshire Apartments," a multi-dwelling residential apartment complex generally located at 635 S. Hobart Blvd., Los Angeles, CA 90005. **GSIC II WILSHIRE OWNER, LP** and **GREYSTAR** share the principal address of 465 Meeting Street, Suite 500, Charleston SC 90264, and likewise all share one or more individuals registered as the agents for service of process.  Further, all three entities referenced herein share the same

officers, directors, and/or managers, Robert A. Faith, and Joshua Carper.

70. **PARK KIELY REIT INC.** owns and does business as "Park Kiely Apartments," a multi-dwelling residential apartment complex generally located at 355 Kiely Blvd., San Jose, CA 95129; **PARK KIELY REIT INC.**'s CEO is Robert A. Faith, CEO of **GREYSTAR**. Both **PARK KIELY REIT INC.** and **GREYSTAR** share the same principal address of 465 Meeting Street, Suite 500, Charleston SC 90264. Both entities also share the same officer, director, or manager**,** Robert A. Faith, as well as share one or more of the same registered agents for service of process.

71. **RESERVE REIT INC.** directly owns and does business as "Layhaven Apartments," a multi-dwelling residential apartment complex generally located at 919 S Winchester Blvd, San Jose, CA 95128; **RESERVE REIT INC**.'s CEO is Robert Faith, CEO of **GREYSTAR**. Both **RESERVE REIT INC.** and **GREYSTAR** share the same principal address of 465 Meeting Street, Suite 500, Charleston SC 90264. Both entities also share the same officer, director, or manager**,** Robert A. Faith, as well as share one or more of the same registered agents for service of process.

72. **WEST 27TH, LLC** owns and does business as "West 27th Apartments," a multi-dwelling residential apartment complex generally located at 530 W 27th St., Los Angeles, CA 90007. **WEST 27th, LLC**'s managing member is Greystar GP II, LLC. Greystar GP II, LLC's managing member is **GREYSTAR**. All the entities referenced herein share a principal address of 465 Meeting Street, Suite 500 Charleston, SC 29403.

### 4. *Other Greystar Managed Properties*

73. In addition to the complexes owned by Greystar, the following SPEs hold title to the APARTMENT COMPLEXES where GREYSTAR performs security deposit administration and other management services. All of them are subject to GREYSTAR's uniform and systematic policies and practices, including the unlawful administration of residential security deposits.

74. As of the date of filing, GREYSTAR publicly proclaims on its website (https://www.greystar.com/) that all or substantially all of the following multi-dwelling

---

residential apartment complexes are part of its real estate portfolio, either owned and/or managed by it, and subject to its property management apparatus, policies, procedures, and practices. The websites of the APARTMENT COMPLEXES listed below contain GREYSTAR trademarks and insignia. In addition, in public materials for several of the below-listed apartment complexes, GREYSTAR appears as though it is the owner and/or operator.

75. **1066 MARKET LLC** owns and does business as "50 Jones," a multi-dwelling residential apartment complex generally located at 50 Jones Street, San Francisco, CA 94102.

76. **1101 NORTH MAIN LLC** owns and does business as "Llewellyn Apartments," a multi-dwelling residential apartment complex generally located at 1101 N Main Street, Los Angeles, CA 90012.

77. **111 W 7 OWNER LLC** owns and does business as (a) "Ames Lofts," a multi-dwelling residential apartment complex generally located at 111 W. 7th Street, Los Angeles, CA 90014; and (b) "Jaide Lofts," a multi-dwelling residential apartment complex generally located at 650 S. Spring Street, Los Angeles, CA 90014.

78. **1221 JONES LLC** owns and does business as "Nob Hill Tower," a multi-dwelling residential apartment complex generally located at 1221 Jones St, San Francisco, CA 94109.

79. **12444 VENICE INVESTMENTS LP** owns and does business as "The Charlie Mar Vista," a multi-dwelling residential apartment complex generally located at 12444 Venice Blvd, Los Angeles, CA 90066.

80. **1318 SECOND STREET ASSOCIATES, LLC** owns and does business as "Chelsea Santa Monica," a multi-dwelling residential apartment complex generally located at 1318 2nd Street, Santa Monica, CA 90401.

81. **140 CENTER STREET LLC** owns and does business as "Five55," a multi-dwelling residential apartment complex generally located at 555 Pacific Ave, Santa Cruz, CA 95060.

82. **1471 EIGHTH AVENUE, LLC** owns and does business as "Gema Apartments," a multi-dwelling residential apartment complex generally located at 1471 8th Avenue, San Diego, CA 92101.

83. **15700 LASSELLE (CA) LP** owns and does business as "Lasselle Place," a multi-dwelling residential apartment complex generally located at 15700 Lasselle Street, Moreno Valley, CA 92551.

84. **1700 WEBSTER, LLC** own and do business as "Zo," a multi-dwelling residential apartment complex generally located at 330 17th St., Oakland, CA 94612.

85. **171 W JULIAN STREET APARTMENTS INVESTORS LLC** owns and does business as "The Julian," a multi-dwelling residential apartment complex generally located at 171 W Julian St., San Jose, CA 95113.

86. **1844 MARKET ST LLC** owns and does business as "Venn Apartments," a multi-dwelling residential apartment complex generally located at 1844 Market Street, San Francisco, CA 94102.

87. **200 WEST OCEAN BOULEVARD LLC** owns and does business as "200 West Ocean," a multi-dwelling residential apartment complex generally located at 200 W Ocean, Long Beach, CA 90802.

88. **207 SEASIDE PARTNERS LLC** owns and does business as "The Crest," a multi-dwelling residential apartment complex generally located at 207 Seaside, Long Beach, CA 90802.

89. **22751 EL PRADO LLC** directly owns and does business as "Avila at Rancho Santa Margarita Apartments," a multi-dwelling residential apartment complex generally located at 22571 El Prado, Ranch Santa Margarita, CA 92688.

90. **2900 WILSHIRE LLC** owns and does business as "The Kurve," a multi-dwelling residential apartment complex generally located at 2801 Sunset Place, Los Angeles, CA 90005.

91. **3093 BROADWAY HOLDINGS LLC** owns and does business as "The Broadway Apartments," a multi-dwelling residential apartment complex generally

located at 3093 Broadway, Oakland, CA 94611.

92. **3100 VAN BUREN BOULEVARD APARTMENTS INVESTORS LLC** owns and does business as "Canton Park," a multi-dwelling residential apartment complex generally located at 3100 Van Buren Blvd, Riverside, CA 92503.

93. **437 HILL HIGHRISE LLC** owns and does business as "Park Fifth Tower Apartments," a multi-dwelling residential apartment complex generally located at 427 W. Fifth Street, Los Angeles, CA 90013.

94. **437 HILL MIDRISE LLC** owns and does business as "Trademark Apartments," a multi-dwelling residential apartment complex generally located at 437 S. Hill Street, Los Angeles, CA 90013. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Trademark Apartments."

95. **4700 TELEGRAPH AVENUE LP** owns and does business as "47Hundred," a multi-dwelling residential apartment complex generally located at 4700 Telegraph Ave., Oakland, CA 94609.

96. **471 26TH STREET APARTMENTS INVESTORS LLC** owns and does business as "Telegraph Arts," a multi-dwelling residential apartment complex generally located at 471 26th St., Oakland, CA 94612.

97. **4767 MOORPARK LLC** owns and does business as "Waterstone at Moorpark," a multi-dwelling residential apartment complex generally 4767 S Moorpark Ave., Moorpark, CA 93021.

98. **4900 LOS FELIZ INVESTORS LLC** owns and does business as as "The Louis Los Feliz," a multi-dwelling residential apartment complex generally located at 4900 Hollywood Blvd, Los Angeles, CA 90027.

99. **515 COLORADO LLC** owns and does business as "CC Tan Center Apartments," a multi-dwelling residential apartment complex generally located at 521 W. Colorado St., Glendale, CA 91204.

100. **5445 LANKERSHIM BOULEVARD APARTMENTS INVESTORS LLC** owns and does business as "Noho 14," a multi-dwelling residential apartment

complex generally located at 5440 N. Tujunga Ave., North Hollywood, CA 91601.

101.   **570 21ST STREET APARTMENTS INVESTORS LLC** owns and does business as "The Moran," a multi-dwelling residential apartment complex generally located at 570 21st St., Oakland, CA 94612.

102.   **600 S SPRING OWNER LLC** owns and does business as "SB Lofts" or "Marley Lofts" is a multi-dwelling residential apartment complex generally located at 548 S. Spring Street, Los Angeles, CA 90013.

103.   **6606 VARIEL AVE LLC** owns and does business as "Vert," a multi-dwelling residential apartment complex generally located at 6606 N Variel Ave., Woodland Hills, CA 91303.

104.   **707 EAST OCEAN BOULEVARD LP** owns and does business as "The Current," a multi-dwelling residential apartment complex generally located at 707 East Ocean Boulevard, Long Beach, CA 90802.

105.   **7450 NORTHROP DRIVE APARTMENTS INVESTORS LLC** owns and does business as "Mission Grove Park," a multi-dwelling residential apartment complex generally located at 7450 Northrop Drive, Riverside, CA 92508.

106.   **L.A. MAIN AFFILIATES, LLC** owns and does business as "Topaz Apartments," a multi-dwelling apartment complex generally located at 550 S Main St, Los Angeles, CA 90013.

107.   **885 WOODSIDE LLC** owns and does business as "885 Woodside," a multi-dwelling residential apartment complex generally located at 885 Woodside Road, Redwood City, CA 94061.

108.   **905 EAST SECOND SPE, LLC** owns and does business as "Garey Building," a multi-dwelling residential apartment complex generally located at 905 East 2nd Street, Los Angeles, CA 90012.

109.   **ADAGIO PARTNERS L.P.** owns and does business as "Adagio," a multi-dwelling residential apartment complex generally located at 5429 Lake Murray Blvd., La Mesa, CA 91942.

110. **RAINTREE REGENTS LA JOLLA LLC** owns and does business as "Regents La Jolla," a multi-dwelling residential apartment complex generally 9253 Regents Rd., La Jolla, CA 92037.

111. **ALPHA Z SAN JOSE APT 1 LLC** owns and does business as "Santana Terrace," a multi-dwelling residential apartment complex generally located at 190 N Winchester Blvd., Santa Clara, CA 95050.

112. **AMCAL CLARENDON LLC** owns and does business as "Clarendon Apartments," a multi-dwelling residential apartment complex generally located at 22121 Clarendon Street, Woodland Hills, CA 91367.

113. **AMCAL HAYWARD LLC** owns and does business as "Cadence Apartments," a multi-dwelling residential apartment complex generally located at 28850 Dixon Street, Hayward, CA 94544.

114. **AMFP VI WINDSCAPE LLC** owns and does business as "Windscape Village," a multi-dwelling residential apartment complex generally located at 1300 North L Street, Lompoc, CA 93436.

115. **TERRA VISTA DEL, LLC** owns and does business as "Terra Vista," a multi-dwelling residential apartment complex generally 1441 Santa Lucia Rd., Chula Vista, CA 91913.

116. **ANSON APARTMENTS LLC** owns and does business as "Anson," a multi-dwelling residential apartment complex generally located at 1008 Carolan Ave., Burlingame, CA 94010.

117. **ANTHEIA, LP** owns and does business as "Fiori Estates," a multi-dwelling residential apartment complex generally located at 5102 Dowdell Ave., Rohnert Park, CA 94928.

118. **APARTMENTS AT LITTLE ITALY, LLC** directly owns and does business as "Broadstone Little Italy," a multi-dwelling residential apartment complex generally located at 1980 Kettner Blvd., San Diego, CA 92101.

119. **ASB GIBSON SANTA MONICA LLC** owns and does business as

"Gibson Santa Monica," a multi-dwelling residential apartment complex generally located at 1317 7th Street, Santa Monica, CA 90401.

120. **ASPECT ACQUISITION LLC** directly owns and does business as "Aspect," a multi-dwelling residential apartment complex generally located at 251 Orangefair Avenue, Fullerton, CA 92832.

121. **AUTUMN SPRINGS RE INVESTORS LP** owns and does business as "Autumn Springs Apartments," a multi-dwelling residential apartment complex generally located at 1700 Paseo Laguna Seco, Livermore, CA 94550.

122. **AVINO DEL LLC** owns and does business as "Avino," a multi-dwelling residential apartment complex generally located at 5040 Camino San Fermin, San Diego, CA 92130.

123. **AXIS FEE OWNER LLC** own and does business as "Waterbend Apartments," a multi-dwelling residential apartment complex generally located at 5880 3rd Street, San Francisco, CA 94124.

124. **B9 MF 12350 DEL AMO LLC** owns and does business as "Vicino," a multi-dwelling residential apartment complex generally located at 12350 Del Amo Blvd., Lakewood, CA 90715.

125. **B9 MF 23639 NEWHALL LLC** owns and does business as "Canyon Crest," a multi-dwelling residential apartment complex generally located at 23639 Newhall Avenue, Santa Clarita, CA 91321.

126. **B9 MF 23645 MEADOWRIDGE LLC** owns and does business as "Canyon Ridge," a multi-dwelling residential apartment complex generally located at 23645 Meadowridge Drive, Santa Clarita, CA 91321.

127. **B9 MF HIGHLANDS GT OWNER LLC** owns and does business as "The Highlands At Grand Terrace," a multi-dwelling residential apartment complex generally located at 11750 Mt Vernon Avenue, Grand Terrace, CA 92313.

128. **BAKER BLOCK ASSOCIATES LP** owns and does business as "Baker Block," a multi-dwelling residential apartment complex generally located at 125 Baker

Street East, Costa Mesa, CA 92626.

129. **BAY MEADOWS RES 1 INVESTORS, LLC** directly owns and does business as "Field House – The Apartment Collection at Bay Meadows," a multi-dwelling residential apartment complex generally located at 2829 Kyne Street East, San Mateo, CA 94403.

130. **BAY MEADOWS RES 4 INVESTORS, LLC** directly owns and does business as "The Morgan," a multi-dwelling residential apartment complex generally located at 2901 East Kyne Street, San Mateo, CA 94403.

131. **BAY MEADOWS TOWN SQUARE INVESTORS LLC** directly owns and does business as (a) "Quimby – The Apartment Collection at Bay Meadows," a multi-dwelling residential apartment complex generally located at 3068 Kyne Street West, San Mateo, CA 94403; and (b) "The Russell – The Apartment Collection At Bay Meadows," a multi-dwelling residential apartment complex generally located at 3098 Kyne Street West, San Mateo, CA 94403.

132. **BAY VIEW SD, LLC** owns and does business as "Cielo," a multi-dwelling residential apartment complex generally located at 915 West Grape Street, San Diego, CA 92132.

133. **BCM 625 BROADWAY, LLC** directly owns and does business as "625 Broadway," a multi-dwelling residential apartment complex generally located at 625 Broadway, San Diego, CA 92101.

134. **BEHRINGER HARVARD ACAPPELLA LP[4]** owns and does business as "Acappella Apartments," a multi-dwelling residential apartment complex generally located at 1001 National Ave., San Bruno, CA 94066.

135. **BEHRINGER HARVARD MISSION OWNER[5]** own and do business as "Vara Apartments," a multi-dwelling residential apartment complex generally located at

---

[4] No such entity is registered with the California Secretary of State to conduct business in the State.
[5] No such entity is registered with the California Secretary of State to conduct business in the State.

1600 15th St., San Francisco, CA 94103.

136. **BEHRINGER HARVARD NOHO LLC**[6] owns and does business as "The Gallery at Noho Commons Apartments," a multi-dwelling residential apartment complex generally located at 5416 Fair Ave., North Hollywood, CA 91601.

137. **BEHRINGER HARVARD PACIFICA PROJECT OWNER LP**[7] owns and does business as "Blue Sol Apartments," a multi-dwelling residential apartment complex generally located at 421 Bernard St., Costa Mesa, CA 92627.

138. **BEHRINGER HARVARD REDWOOD**[8] owns and does business as "Forty55 Lofts," a multi-dwelling residential apartment complex generally located at 4055 Redwood Ave., Marina Del Rey, CA 90066. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Forth55 Lofts."

139. **BEHRINGER HARVARD SAN SEBASTIAN LP**[9] owns and does business as "San Sebastian," a multi-dwelling residential apartment complex generally located at 24299 Paseo de Valencia, Laguna Woods, CA 92637.

140. **BELL FUND VII VALENCIA, LLC** directly owns and does business as "Montecito," a multi-dwelling residential apartment complex generally located at 24640 Town Center Drive.

141. **BELLA TERRA DEL, LLC** owns and does business as "Bella Terra," a multi-dwelling residential apartment complex generally located at 365 Pomelo Dr. / Hacienda Dr., Vista, CA 92081.

---

[6] No such entity is registered with the California Secretary of State to conduct business in the State.
[7] No such entity is registered with the California Secretary of State to conduct business in the State.
[8] No such entity is registered with the California Secretary of State to conduct business in the State.
[9] No such entity is registered with the California Secretary of State to conduct business in the State.

142. **BERE ISLAND PROPERTIES I LLC** owns and does business as "Emerald Park," a multi-dwelling residential apartment complex generally located at 5050 Hacienda Dr., Dublin, CA 94568.

143. **BERHRINGER HARVARD CALYPSO LP** owns and does business as "Calypso Apartments and Lofts," a multi-dwelling residential apartment complex generally located at 2801 Alton Pkwy, Irvine, CA 92606.

144. **BERKELEY VQOF II SPE, LLC** directly owns and does business as "Blake at Berkeley," a multi-dwelling residential apartment complex generally located at 2033 Blake St., Berkeley, CA 94704.

145. **BISCAYNE ST TIC OWNER I, LLC** and **BISCAYNE ST TIC OWNER II, LLC** co-own and do business as "St. Claire Apartment Homes," a multi-dwelling residential apartment complex generally located at 1735 Biscayne Street, Santa Maria, CA 93458.

146. **BLAI LP** owns and does business as (a) "Landing at Capitola Apartments," a multi-dwelling residential apartment complex generally located at 3045 Capitola Road, Santa Cruz, CA 95062; and (b) "Lime Ridge Apartments," a multi-dwelling residential apartment complex generally located at 3278 Tioga Rd., Concord, CA 94518.

147. **MAIN STREET CUPERTINO MULTI-FAMILY PROPERTY, LLC** owns and does business as "Main Street Cupertino Lofts," a multi-dwelling residential apartment complex generally located at 19550 Vallco Pkwy, Cupertino, CA 95014.

148. **BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY** owns and does business as (a) "Welch Road," a multi-dwelling residential apartment complex generally 1180 Welch Rd, Palo Alto, CA 94304; (b) "The Cardinal," a multi-dwelling residential apartment complex generally located at 1 Franklin Street, Redwood City, CA 94063; and (c) "Stanford West," a multi-dwelling residential apartment complex generally located at 700 Clark Way, Palo Alto, CA 94304.

149. **BOARDWALK 1810, LLC** directly owns and does business as "Eighteen Ten State St.," a multi-dwelling residential apartment complex generally located at 1810

State Street, San Diego, CA 92101.

150. **BPP ALPHABET MF SHERMAN CIRCLE LLC** owns and does business as "Sherman Circle," a multi-dwelling residential apartment complex generally located at 14500 Sherman Cir, Los Angeles, CA 91405.

151. **BRE ALAMEDA IMF PROPERTY OWNER LLC** owns and does business as "Summer House," a multi-dwelling residential apartment complex generally located at 1826 Poggi St., Alameda, CA 94501.

152. **BRE PIPER MF TIDES CA LLC** owns and does business as "The Tides," a multi-dwelling residential apartment complex generally located at 3185 Garrity Way, Richmond, CA 94806.

153. **BRE SILVER MF CANYON CREST LLC** does business as "Vista Imperio," a multi-dwelling residential apartment complex generally located at 5880 Lochmoor Drive, Riverside, CA 92507.

154. **BRE SILVER MF NORTH HOLLYWOOD CA LLC** and owns and does business as "Avana North Hollywood," a multi-dwelling residential apartment complex generally located at 11201 Otsego Street, North Hollywood, CA 91601.

155. **BRE SILVER MF ROOSEVELT CA LLC** owns and does business as "Roosevelt Lofts," a multi-dwelling residential apartment complex generally located at 727 W. 7th Street, Los Angeles, CA 90017.

156. **BRE SILVER MF 1555 CA LLC** owns and does business as "15Fiftys," a multi-dwelling residential apartment complex generally located at 1555 Riviera Ave., Walnut Creek, CA 94596.

157. **BREIT MF CAMPANULA WAY LLC** owns and does business as "Vineyards at Paseo Del Sol," a multi-dwelling residential apartment complex generally located at 31901 Campanula Way, Temecula, CA 92592.

158. **BREIT MF DAY STREET LLC** owns and does business as "Villas at Towngate," a multi-dwelling residential apartment complex generally located at 13120 Day Street, Moreno Valley, CA 92553.

159. **BREIT MF PROMENADE TERRACE LLC** owns and does business as "Promenade Terrace," a multi-dwelling residential apartment complex generally located at 451 Wellesley Drive, Corona, CA 92879.

160. **BREIT MF TELEGRAPH ROAD LLC** owns and does business as "Miro," a multi-dwelling residential apartment complex generally 12257 Heritage Springs Dr., Santa Fe Springs, CA 90670.

161. **BREIT SH BERKELEY LLC** owns and does business as "The Berk," a multi-dwelling residential apartment complex generally located at 2315 College Ave., Berkeley, CA 94704.

162. **BREIT SH UNIVERSITY VILLAGE TOWERS LLC** owns and does business "University Village Towers," a multi-dwelling residential apartment complex generally located at 3500 Iowa Ave., Riverside, CA 92507.

163. **BRENTWOOD RE INVESTORS LLC** owns and does business as "Ygnacio Village Apartments," a multi-dwelling residential apartment complex generally located at 1295 Homestead Ave., Walnut Creek, CA 94598.

164. **BROADSTONE FAIRFAX LLC** owns and does business as "Vinz on Fairfax," a multi-dwelling residential apartment complex generally 950 S Fairfax Ave. Suite 238, Los Angeles, CA 90036.

165. **BROADSTONE HERITAGE ALLIANCE, LLC** directly owns and does business as "Broadstone Archive," a multi-dwelling residential apartment complex generally located at 1901 E. Dryer Road, Santa Ana, CA 92705.

166. **BROADSTONE LAGUNA NIGUEL, LLC** owns and does business as "Broadstone Cavora," a multi-dwelling residential apartment complex generally located at 26033 Cape Drive, Laguna Niguel, CA 92677.

167. **BROADSTONE LOS FELIZ OWNER, LLC,** directly owns and does business as "Broadstone Los Feliz," a multi-dwelling residential apartment complex generally located at 1800 N. New Hampshire Avenue, Los Angeles, CA. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of

the "Broadstone Los Feliz."

168. **BROADSTONE MAKERS QUARTER, LP** directly owns and does business as "Broadstone Makers Quarter," a multi-dwelling residential apartment complex generally located at 1601 Broadway, San Diego, CA 92101.

169. **BROADSTONE ON BROADWAY, LLC** directly owns and does business as "Broadstone Axis," a multi-dwelling residential apartment complex generally located at 2820 Broadway, Oakland, CA 94701.

170. **BROOKSIDE RE INVESTORS, L.P.** owns and does business as "Brookside," a multi-dwelling residential apartment complex generally located at 501 Ryan Dr, Pleasant Hill, CA 94523.

171. **BRYANT STREET HOLDINGS LLC** directly owns and does business as "The Madelon," a multi-dwelling residential apartment complex generally located at 2823 18th Street, San Francisco, CA 94110.

172. **BURBANK MEDIA VILLAGE, LLC** owns and does business as "Talaria," a multi-dwelling residential apartment complex generally located at 3425 West Olive Avenue, Burbank, CA 91505.

173. **BWC I LLC** and **TILDEN-PARK CROSSING LLC** co-own and do business as "Foundry Commons," a multi-dwelling residential apartment complex generally located at 868 South 5th Street, San Jose, CA 95112.

174. **CANTERRA APARTMENTS LLC** owns and does business as "Canterra," a multi-dwelling residential apartment complex generally located at 74401 Hovley Lane East, Palm Desert, CA 92260.

175. **CANYON WOODS APARTMENTS INVESTORS LLC**, a California nonprofit corporation, owns and does business as "Canyon Woods Apartments," a multi-dwelling residential apartment complex generally located at 401 Canyon Woods Place, San Ramon, CA 94582.

176. **CAPE MAY TEMECULA APARTMENTS, LLC,** directly owns and operates business as "Cape May At Harveston Apartments," a multi-dwelling apartment

complex generally located at 40140 Village Road, Temecula, CA 92591. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Cape May at Harveston Apartments."

177. **CARLSBAD VILLAGE, LLC** owns and does business as "The Lofts at Carlsbad Village," a multi-dwelling residential apartment complex generally located at 1040 Carlsbad Village Dr., Carlsbad, CA 92008.

178. **CARMEL MOUNTAIN APARTMENTS, INC.** owns and does business as "Jefferson at Carmel Mountain Ranch," a multi-dwelling residential apartment complex generally located at 11832 Stoney Peak Drive, San Diego, CA 92128.

179. **CARMEL TERRACE, L.P.** owns and does business as (a) "Altura," a multi-dwelling residential apartment complex generally located at 11921 Carmel Creek Rd., San Diego, CA 92130; and (b) "Sola at Pacific Highlands Ranch," a multi-dwelling residential apartment complex generally located at 13385 Highlands Pl., San Diego, CA 92130.

180. **CARMEN APARTMENT PARTNERS TIC I LLC** and **CARMEL APARTMENTS TIC II, LLC** co-own and do business as "Amara Apartments," a multi-dwelling residential apartment complex generally located 329 West Carmen Lane, Santa Maria, CA 93458.

181. **CASAS APARTMENTS, L.P.** owns and does business as "The Casas," a multi-dwelling residential apartment complex generally located at 10802-B Camino Ruiz, San Diego, CA 92126.

182. **CASA VALLECITOS, LTD., A CALIFORNIA LIMITED PARTNERSHIP** owns and does business as "Altair," a multi-dwelling residential apartment complex generally located at 1361 W 9th Ave., Escondido, CA 92029.

183. **CASENTINI STREET APARTMENTS, LLC** owns and does business as "Cypress Creek Apartments," a multi-dwelling residential apartment complex generally located at 162 Casentini Street, Salinas, CA 93907.

184. **CASOLEIL DEL, LLC** owns and does business as "Casoleil," a multi-

dwelling residential apartment complex generally located at 1100 Dennery Rd., San Diego, CA 92154.

185. **CATHEDRAL HILL ASSOCIATES, L.P.** owns and does business as "133 Gough Apartments at Cathedral Hill," a multi-dwelling residential apartment complex generally located at 1333 Gough St., San Francisco, CA 94109.

186. **CENTRAL PARK PARTNERS, L.P.** owns and does business as "Central Park," a multi-dwelling residential apartment complex generally located at 5606 Amaya Dr., La Mesa, CA 91942.

187. **CG-USA SIMI VALLEY LP** owns and does business as "The Landing at Arroyo," a multi-dwelling residential apartment complex generally located at 1692 Sycamore Drive, Simi Valley, CA 93065.

188. **CH REALTY IX/MF SAN DIEGO EAGLE GLEN OWNER, L.P.** owns and does business as "Eagle Glen Apartments," a multi-dwelling residential apartment complex generally located at 38245 Murrieta Hot Springs Road, Murrieta, CA 92563.

189. **CHULA VISTA APARTMENTS LLC** owns and does business as "Boardwalk at Millenia," a multi-dwelling residential apartment complex generally located at 1660 Metro Ave., Chula Vista, CA 91915.

190. **CIRCA 1200 LLC** owns and does business as "Circa La Apartments," a multi-dwelling residential apartment complex generally located at 1200 S Figueroa, Los Angeles, CA 90015.

191. **CIVIC SQUARE, LLC** owns and does business as "Civic Square Apartments," a multi-dwelling residential apartment complex generally located at 4890 Bernal Avenue, Pleasanton, CA 94566.

192. **CLI ATLAS ASHTON LLC** owns and does business as (a) "Deerwood Apartments," a multi-dwelling residential apartment complex generally located at 2215 Lakeside Pl., Corona, CA 92879; (b) "Marquessa Villas," a multi-dwelling residential apartment complex generally located at 2235 Treehouse Ln, Corona, CA 92879; and (c) "The Ashton Apartments," a multi-dwelling residential apartment complex generally

located at 2178 Stoneridge Drive, Corona, CA 92879.

193. **CLPF - BALBOA PARK, L.P.** owns and does business as "Broadstone Balboa Park," a multi-dwelling residential apartment complex generally located at 3288 5th Ave., San Diego, CA 92103.

194. **CLPF ARTIST WALK LP** owns and does business as "Artist Walk Apartments," a multi-dwelling residential apartment complex generally located at 3888 Artist Walk Common, Fremont, CA 94536.

195. **CLPF CRESCENT PARK, LP** owns and does business as "Reveal Playa Vista," a multi-dwelling residential apartment complex generally located at 5710 Crescent Park East, Playa Vista, CA 90094.

196. **CLPF GRP SUNNYVALE KIFER LLC** owns and does business as "Savoy," a multi-dwelling residential apartment complex generally located at 1120 Kifer Rd., Sunnyvale, CA 94086.

197. **CLPF TOWER AT HOLLYWOOD HILLS LP** owns and does business as "The Tower at Hollywood Hills," a multi-dwelling residential apartment complex generally located at 1800 N. Normandie Ave., Los Angeles, CA 90027.

198. **CONTRA COSTA RE INVESTORS, LLC** owns and does business as "Villas At Monterosso Apartments," a multi-dwelling residential apartment complex generally located at 1000 Casa Blanca Terrace, Danville, CA 94506.

199. **CORTE BELLA FEE OWNER LLC** owns and does business as "Corte Bella Apartments," a multi-dwelling residential apartment complex generally located at 9580 El Rey Avenue, Fountain Valley, CA 92708.

200. **CP III RINCON TOWERS, LLC**[10] owns and does business as "The Towers at Rincon Apartments," a multi-dwelling residential apartment complex generally located at 88 Howard St., San Francisco, CA 94105.

201. **CP V JLS, LLC** owns and does business as "Fourth Street East

---

[10] The title owner, CP III Rincon Towers Inc. has been terminated by the California Secretary of State concurrently with the formation of CP III Rincon Towers, LLC.

Apartments," a multi-dwelling residential apartment complex generally located at 150 4th St., Oakland, CA 94607.

202. **CP V WALNUT, LLC** owns and does business as "The Asher," a multi-dwelling residential apartment complex generally located at 1031 Walnut Ave., Fremont, CA 94536.

203. **CP VI ADMIRALS COVE, LLC** owns and does business as "Admirals Cove," a multi-dwelling residential apartment complex generally located at 250 Mosley Ave., Alameda, CA 94501.

204. **CP VI FRANKLIN, LLC** owns and does business as "Atlas Apartments," a multi-dwelling residential apartment complex generally located at 385 14th St., Oakland, CA 94612.

205. **CP VII ONE38, LLC** owns as does business as "The Ryden Apartments," a multi-dwelling residential apartment complex generally located at 138 Balbach Street, San Jose, CA 95110.

206. **CPI SOFIA OWNER, L.L.C.,** directly owns and does business as "Be DTLA Apartments," a multi-dwelling residential apartment complex generally located at 1120 W. 6th Street, Los Angeles, CA 90017. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Be DTLA Apartments."

207. **CPI-GREP AA I BUENA VIDA OWNER, LLC** directly owns and does business as "Overture Rancho Santa Margarita," a multi-dwelling residential apartment complex generally located at 30824 La Miranda, Rancho Santa Margarita, CA 92688.

208. **CR AIRWAY GARDENS, LLC** directly owns and does business as "Silo Apartments," a multi-dwelling residential apartment complex generally located at 7231 Colchester Ct., San Diego, CA 92154.

209. **CR LUXE COMMUNITIES, LLC** owns and does business "The Luxe," a multi-dwelling residential apartment complex generally located at 2501 Hurley Way, Sacramento, CA 95825.

210. **CR WESTWOOD COMMUNITIES, LLC** directly owns and does

business as "Westwood," a multi-dwelling residential apartment complex, generally located at 4900 Marconi Ave., Carmichael, CA 95608. As of the date of this filing, GREYSTAR's website publicly holds out as the property manager of "Westwood" apartments.

211. **CRP/BRANDYWINE HAWTHORNE APARTMENTS OWNER, L.L.C.** owns and does business as "The Hawthorn," a multi-dwelling residential apartment complex generally located at 9170 Indiana Ave, Riverside, CA 92503.

212. **MISSION GORGE INVESTORS, L.P.** and **MGW DEL II, LLC** own and do business as "Vora Mission Valley," a multi-dwelling residential apartment complex generally located at 4440 Twain Avenue, San Diego, CA 92120.

213. **CRP-GREP VENTURA 140 OWNER, L.L.C.** owns and does business as "Cora," a multi-dwelling residential apartment complex generally located at 160 S. Ventura Ave., Ventura, CA 93001.

214. **CVBAF ACQ LLC**, owns and does business as "Berkley Central Apartments," a multi-dwelling residential apartment complex generally located at 2055 Center Street, Berkeley, CA 94704.

215. **CYPRESS POINT RE INVESTORS, LLC** owns and does business as "Cypress Point Apartments," a multi-dwelling residential apartment complex generally located at 101 Felix Street, Santa Cruz, CA 95060.

216. **CYPRESS SANDS APARTMENT PARTNERS, LLC** owns and does business as "Shoreline Apartments," a multi-dwelling residential apartment complex generally located at 3124 Lake Dr., Marina, CA 93933.

217. **DURANTE MULTIFAMILY, LLC** owns and does business as "Esperanza at Durante Station," a multi-dwelling residential apartment complex generally located at 1700 Fasana Road, Durante, CA 91010. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Esperanza at Durante Station" apartments.

218. **DWIGHT WAY RESIDENTIAL PROPERTY OWNER, LLC** directly

owns and does business as "The Dwight," a multi-dwelling residential apartment complex generally located at 2121 Dwight Way, Berkeley, CA 94704.

219. **EAST PACIFIC PROPERTIES LLC** owns and does business as "2300 Wilshire Apartments," a multi-dwelling residential apartment complex generally located at 2300 Wilshire Blvd., Santa Monica, CA 90403.

220. **EFL DEVELOPMENT COMPANY, L.P.** owns and does business as "Revela," a multi-dwelling residential apartment complex generally located at 200 Infinity Way, Mountain View, CA 94043.

221. **ENCANTO APARTMENT HOMES, LLC** owns and does business as the "Encanto Apartments," a multi-dwelling residential apartment complex generally located at 4593 Temescal Canyon Road, Corona, CA 92883.

222. **EXPO LINE OWNER, LLC** owns and does business as "Linea Apartments," a multi-dwelling residential apartment complex generally located at 2435 S Sepulveda Blvd., Los Angeles, CA 90064.

223. **FHF I AMERIGE POINTE, LLC** owns and does business as "Ameride Pointe Apartments," a multi-dwelling residential apartment complex generally located at 1001 Starbuck Street, Fullerton, CA 92833.

224. **FHF I THE HEIGHTS, LLC** owns and does business as "The Heights at Chino Hills Apartments," a multi-dwelling residential apartment complex generally located at 16675 Slate Drive, Chino Hills, CA 91709.

225. **FILLMORE CENTER ASSOCIATES, LP** directly owns and does business as "The Fillmore Center," a multi-dwelling residential apartment complex generally located at 1475 Fillmore Street, San Francisco, CA 94115.

226. **NP 31 LLC** owns and operates "Azule North Park," a multi-dwelling residential apartment complex generally located at 4499 Ohio Street, San Diego, CA 92116.

227. **FOUNTAIN PLAZA INVESTORS, LP** owns and does business as "Fountain Plaza," a multi-dwelling residential complex generally located at 190 Ryland

St., San Jose, CA 95110.

228. **FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC** owns and does business as (a) "The Dudley Apartments," a multi-dwelling residential apartment complex generally located at 355 Santana Row #1030, San Jose, CA 95128; (b) "Misora," a multi-dwelling residential apartment complex generally located at 355 Santana Row #1030, San Jose, CA 95128; (c) "Levare," a multi-dwelling residential apartment complex generally located at 355 Santana Row #1030, San Jose, CA 95128; and (d) "Santana Heights," a multi-dwelling residential apartment complex generally located at 355 Santana Row #1030, San Jose, CA 95128.

229. **FSTAR 1601 LLC**, **FSTAR 1613 LLC** and **FSTAR 1637 LLC** own and do business as "Catherine Santa Monica Apartments," a multi-dwelling residential apartment complex generally located at 1625 Lincoln Blvd., Santa Monica, CA 90401. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Catherine Santa Monica Apartments."

230. **FASHION VALLEY APARTMENTS, L.P.** owns and does business as "Alexan Gallerie," a multi-dwelling residential apartment complex generally located at 375 Camino de la Reina, San Diego, CA 92108.

231. **AV8 INVESTORS, LLC** owns and operates "Av8," a multi-dwelling residential apartment complex generally located at 2155 Kettner Blvd., San Diego, CA 92101.

232. **GFP OCEANSIDE BLOCK 18 LLC** directly owns and does business as "Pierside," a multi-dwelling residential apartment complex generally located at 260 Mission Avenue, Oceanside, CA 92054.

233. **GFP OCEANSIDE BLOCK 19, LLC,** directly owns and does business as "Pierside South Apartments," a multi-dwelling residential apartment complex generally located at 115 N. Cleveland Street, Oceanside, CA 92054.

234. **GG LA FIGUEROA, LLC** directly owns and does business as "Tuscany Apartments," a multi-dwelling residential apartment complex generally located at 3770

S. Figueroa St., Los Angeles, CA 90007.

235. **GGIF GLENDALE, LLC** directly owns and does business as "The Griffith," a multi-dwelling residential apartment complex generally located at 435 W. Los Feliz Rd., Glendale, CA 91204.

236. **GOLDEN GATEWAY CENTER, LLC** directly owns and does business as "The Gateway," a multi-dwelling residential apartment complex generally located at 430 Davis Ct., San Francisco, CA 94111.

237. **GREENFIELD VILLAGE DEL, LLC** owns and does business as "Greenfield Village," a multi-dwelling residential apartment complex generally located at 5540 Ocean Gate Ln., San Diego, CA 92154.

238. **NORTHLAND THEA PORTFOLIO LLC** owns and does business as "Thea at Metropolis Apartments," a multi-dwelling residential apartment complex generally located at 1000 W. 8th Street, Los Angeles, CA 90017.

239. **SVF GROSVENOR DEL REY CORP.** owns and does business as "Accent," a multi-dwelling residential apartment complex generally located at 5550 Grosvenor Blvd, Los Angeles, CA 90066.

240. **GUGV ARTS DISTRICT LA PROPERTY OWNING LLC,** directly owns and does business as "AMP Lofts," a multi-dwelling residential apartment complex generally located at 695 S. Santa Fe Ave, Los Angeles, CA 90021

241. **GW4 LLC,** directly owns and does business as "Aston at Gateway," a multi-dwelling residential apartment complex generally located at 10568 Gateway Promenade, El Monte, CA 91731.

**HARBOR PARK APARTMENTS, LP** owns and does business as "Harbor Park," a multi-dwelling residential apartment complex generally located at 961 Porter Street, Vallejo, CA 94590.

242. **HAYWARD 544, LLC** directly owns and does business as "The Dutton," a multi-dwelling residential apartment complex generally located at 25800 Industrial Blvd., Hayward, CA 94545. In addition, **HAYWARD 544, LLC** and **GREYSTAR**

share one or more individuals registered as the agent for service of process. **HDO4, LLC** owns and does business as "Vasari at Ventana," a multi-dwelling residential apartment complex generally located at 4800 Citrus Ave., Fontana, CA 92336.

243. **HERCULES BLOCK Q&R DEV PARTNER** own and do business as "The Grand at Bayfront Apartments," a multi-dwelling residential apartment complex generally located at 2200 John Muir Pkwy, Hercules, CA 94547. **HESPERIA APARTMENTS, LLC** owns and does business as "Las Casitas," a multi-dwelling residential apartment complex generally located at 13500 Live Oak Street, Hesperia, CA 92345.

244. **HIGBY JV, LLC** owns and does business as "Higby," a multi-dwelling residential apartment complex generally located at 3015 San Pablo Ave., Berkeley, CA 94702.

245. **LA BREA REGENCY LLC** own and does business as "The Avenue Hollywood Apartments," a multi-dwelling residential apartment complex generally located at 1619 N. La Brea, Los Angeles, CA 90028.

246. **HOMES ON LOCUST, LLC** owns and does business as "Renaissance Terrace Apartments," a multi-dwelling residential apartment complex generally located at 926 Locust Avenue, Long Beach, CA 90813.

247. **3364 HONEYBROOK WAY GROUND OWNER LP** owns and does business as "The Landing," a multi-dwelling residential apartment complex generally located at 3364 Honeybrook Way, Ontario, CA 91761.

248. **HPI 919 BAYSIDE LLC** owns and does business as "The Waterfront," a multi-dwelling residential apartment complex generally located at 919 Bayside Dr, Newport Beach, CA 92660.

249. **ICONPLAZA, LLC** owns and does business as "Icon Plaza," a multi-dwelling residential apartment complex generally located at 3584 S Figueroa St., Los Angeles, CA 90007.

250. **ICRE LAGUNA CLUB, LLC** directly owns and does business as "Artisan

Laguna Beach," a multi-dwelling residential apartment complex generally located at 350 Artisan Drive, Laguna Beach, CA 92651.

251. **IDEAL LINCOLN LLC** and **LINCOLN 1641 LLC** co-own and do business as "Junction Santa Monica Apartments," a multi-dwelling residential apartment complex generally located at 1641 Lincoln Blvd., Santa Monica, CA 90404.

252. **IDEAL LINCOLN LLC and LINCOLN 1641 LLC** co-own and do business as "Catherine Santa Monica Apartments," a multi-dwelling residential apartment complex generally located at 1625 Lincoln Blvd., Sana Monica, CA 90404.

253. **INL FAIRWAY VIEW 2012, LLC** directly owns and does business as "The Village on 5th," a multi-dwelling residential apartment complex generally located at 9400 Fairway View Place, Rancho Cucamonga, CA 91730. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "The Village on 5th."

254. **IRONWOOD SOUTH DJT, LLC** owns and does business as "Ironwood," a multi-dwelling residential apartment complex generally located at 11100 Fourth Street, Rancho Cucamonga, CA 91730.

255. **IRVINE RESIDENTIAL HIGHRISE LLC**[11] owns and does business as "Diega," a multi-dwelling residential apartment complex generally located at 702 Broadway, San Diego, CA 92101.

256. **IVY STATION RESIDENTIAL LLC** co-own and do business as "Upper Ivy," a multi-dwelling residential apartment complex generally located at 8809 Washington Blvd., Culver City, CA 90232.

257. **JEFFERSON AT STADIUM PARK PHASE III, LLC**[12] directly owns and does business as "Revo," a multi-dwelling residential apartment complex generally located at 1912 S. Jacaranda Street, Anaheim, CA 92805.

---

[11] No such entity is registered with the California Secretary of State to conduct business in the State.
[12] No such entity is registered with the California Secretary of State to conduct business in the State.

258.   **OH IT IS JESUS LLC** and **TAPPER JOAN E**[13] co-own and do business as "Palisade at Westfield UTC," a multi-dwelling residential apartment complex generally 8800 Lombard Place, San Diego, CA 92122, and "Palisade at Westfield UTC," a multi-dwelling residential apartment complex generally located at 8800 Lombard Place, San Diego, CA 92122.

259.   **JTJ APARTMENT INVESTORS, LLC** owns and does business as "Monte Vista Apartments," a multi-dwelling residential apartment complex generally located at 16945 Del Monte Avenue, Morgan Hill, CA 95037.

260.   **K & M SOUTH BERKELEY LLC** owns and does business as "Aquatic Shattuck," a multi-dwelling residential apartment complex generally located at 2640 Shattuck Ave., Berkeley, CA 94704.

261.   **K 46, LLC** owns and does business as "Azul Chula Vista," a multi-dwelling residential apartment complex generally located at 310 K Street, Chula Vista, CA 91911.

262.   **K1 THIRTEENTH ST SD LLC** owns and operates "K1 Apartments," a multi-dwelling residential apartment complex generally located at 330 13th Street, San Diego, CA 92101.

263.   **KENSINGTON APTS, LP**[14] directly owns and does business as "Kensington," a multi-dwelling residential apartment complex generally located at 3644 Kings Way, Sacramento, CA 95821.

264.   **KR ONE PASEO RESIDENTIAL LLC** owns and does business as "One Paseo Living," a multi-dwelling residential apartment complex generally located at 3200 Paseo Village Way, San Diego, CA 92130.

265.   **KR ACADEMY, LLC**[15] co-own and do business as "Jardine," a multi-

---

[13]   No such entity is registered with the California Secretary of State to conduct business in the State.
[14]   No such entity is registered with the California Secretary of State to conduct business in the State.
[15]   No such entity is registered with the California Secretary of State to conduct business in the State.

dwelling residential apartment complex generally located at 6390 De Longpre Avenue, Los Angeles, CA 90028.

266. **KR HOLLYWOOD, LLC**[16] owns and does business as "Columbia Square Living," a multi-dwelling residential apartment complex generally located at 1550 N. El Centro Avenue, Los Angeles, CA 90028.

267. **KW PCCP MONTCLAIR LLC**[17] directly owns and does business as "Lexington Townhomes," a multi-dwelling residential apartment complex generally located at 9200 Monte Vista Ave, Montclair, CA 91763. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Lexington Townhomes."

268. **KW SANTA CLARITA TOWNHOMES LLC**[18] directly owns and does business as "Townhomes at Lost Canyon Apartments," a multi-dwelling residential apartment complex generally located at 18179 W. Terra Verde Place, Santa Clarita, CA 91387.

269. **KW WESTMORELAND TIC, LLC**[19] and **CHADWICH LF OWNER LLC** directly own and do business as "The Chadwick," a multi-dwelling residential apartment complex generally located at 209 S. Westmoreland, Los Angeles, CA 90004.

270. **LA APT. 1, LLC** owns and does business as "Eastway," a multi-dwelling residential apartment complex generally located at 8820 S Sepulveda Eastway, Los Angeles, CA 90045.

271. **LAKEVIEW 88, LLC** owns and does business as "Lakeview 88 Apartments," a multi-dwelling residential apartment complex generally located at 2758

---

[16] No such entity is registered with the California Secretary of State to conduct business in the State.
[17] No such entity is registered with the California Secretary of State to conduct business in the State.
[18] No such entity is registered with the California Secretary of State to conduct business in the State.
[19] No such entity is registered with the California Secretary of State to conduct business in the State.

Lake Pointe Drive, Spring Valley, CA 91977.

272. **LANDING APARTMENTS DEL, LLC** owns and does business as "The Landing at Ocean View Hills," a multi-dwelling residential apartment complex generally located at 455 Dennery Rd., San Diego, CA 92154.

273. **LATIGO THOUSAND OAKS LLC** directly owns and does business as "Santal Thousand Oaks," a multi-dwelling residential apartment complex generally located at 299 E. Thousand Oaks Boulevard, Thousand Oaks, CA 91360.

274. **RESCORE HOLLYWOOD LLC** owns and does business as "Rise Hollywood," a multi-dwelling residential apartment complex generally located at 1332 N Cahuenga Blvd., Los Angeles, CA 90028.

275. **LEGACY APARTMENTS DEL, LLC** owns and does business as "Legacy," a multi-dwelling residential apartment complex generally located at 9370 Hillery Dr., San Diego, CA 92126.

276. **LEGACY PARTNERS INC**[20] owns and does business as "Neptune Marina Apartments," a multi-dwelling residential apartment complex generally located at 14126 Marquesas Way, Marina Del Rey, CA 90292.

277. **LIFE ILLUMINATED LLC** owns and operates "Vrv," a multi-dwelling residential apartment complex generally located at 12736 Beach Blvd., Stanton, CA 90680.

278. **LIPT SAN DIEGO, LLC.** owns and does business as "Dylan Pointe Loma Apartments," a multi-dwelling residential apartment complex generally located at 2930 Barnard Street, San Diego, CA 92110.

279. **LOFTS 655 HOLDCO LLC** directly owns and does business as "Sixth&G Apartments," a multi-dwelling residential apartment complex generally located at 655 Sixth Avenue, San Diego, CA 92101.

280. **LOFTS 677 HOLDCO LLC** directly owns and does business as

---

[20] No such entity is registered with the California Secretary of State to conduct business in the State.

"Seventh&G Apartments," a multi-dwelling residential apartment complex generally located at 677 Seventh Avenue, San Diego, CA 92101.

281. **LOFTS 707 HOLDCO LLC** directly owns and does business as "Tenth&G Apartments," a multi-dwelling residential apartment complex generally located at 707 Tenth Avenue, San Diego, CA 92101.

282. **RH QR GRAVITY OWNER LLC** owns and does business as "Gravity," a multi-dwelling residential apartment complex generally located at 4560 Mission Gorge Place, San Diego, CA 92120.

283. **LOS FELIZ INVESTORS, LLC** owns and does business as "The Louise 4850," a multi-dwelling residential apartment complex generally located at 4850 Hollywood Blvd, Los Angeles, CA 90027.

284. **4900 LOS FELIZ INVESTORS, LLC** owns and does business as "The Louise Los Feliz," a multi-dwelling residential apartment complex generally located at 1633 N Edgemont St., Los Angeles, CA 90027.

285. **L P F OVERLOOK, INC**[21] owns and does business as "Overlook at Bernardo Heights," a multi-dwelling residential apartment complex generally located at 15909 Avenida Venusto, San Diego, CA 92128.

286. **LT SACRAMENTO MF, LLC** owns and does business as "Linq Midtown," a multi-dwelling residential apartment complex generally located at 3111 S Street, Sacramento, CA 95816.

287. **LUGANO APARTMENTS PR III LLC,** directly owns and does business as "Lugano," a multi-dwelling residential apartment complex generally located at 626 Broadway, Santa Monica, CA 90401.

288. **LUXE PASADENA LLC** owns and does business as "Andalucia," a multi-dwelling residential apartment complex generally located at 686 East Union Street, Pasadena, CA 91101. **LUXE PASADENA LLC** also owns and does business as "Luxe

---

[21] LPF Overlook, Inc. is the titleholder. LPF Overlook, Inc. was terminated in 2019. LPF Overlook, LLC is an entity registered with the California Secretary of State.

Pasadena," a multi-dwelling residential apartment complex generally located at 1769 E Walnut St., Pasadena, CA 91106.

289. **MADISON HILLS PROPERTY OWNER LLC** owns and does business as "The Hills," a multi-dwelling residential apartment complex generally located at 9201 Madison Avenue, Orangevale, CA 95662.

290. **MADISON MF MACCADDEN CA LLC,** directly owns and does business as "Alaya Hollywood," a multi-dwelling residential apartment complex generally located at 1714 N. McCadden Place, Hollywood, CA 90028.

291. **MADRID APARTMENTS RF, LLC** owns and does business as "Madrid Apartments," a multi-dwelling residential apartment complex generally located at 8655 Belford Ave, Los Angeles, CA 90045.

292. **MAGNOLIA BROADWAY HOLDCO, LLC** owns and does business as "The Magnolia," a multi-dwelling residential apartment complex generally located at 500 W Broadway, Long Beach, CA 90802.

293. **MARKET DOLORES LLC** owned and did business as "38 Dolores," a multi-dwelling residential apartment complex generally located at 38 Dolores Street, San Francisco, CA 94103.

294. **MARAZZO REALTY HOLDINGS, LLC** owns and does business as "Landsby," a multi-dwelling residential apartment complex generally located at 100 Aspen Way, Mountain View, CA 94040.

295. **MCP ONYX, LLC** owns and does business as "Onyx Glendale Apartments," a multi-dwelling residential apartment complex generally located at 313 West California Avenue, Glendale, CA 91203.

296. **MIREF WARNER CENTER, LLC** directly owns and does business as "The Pointe at Warner Center," a multi-dwelling residential apartment complex generally located at 6150 Canoga Avenue, Woodland Hills, CA 91367.

297. **MISSION VALLEY INVESTORS, L.P.** owns and does business as "Metro Mission Valley," a multi-dwelling residential apartment complex generally

located at 5080 Camino Del Arroyo, San Diego, CA 92108.

298. **MISSIONS AT RIO VISTA I DEL, LLC** and **MISSIONS AT RIO VISTA II DEL, LLC** directly own and do business as "The Missions at Rio Vista," a multi-dwelling residential apartment complex generally located at 2234 Gill Village Wy., San Diego, CA 92108.

299. **MMIP CURRENT OWNER LLC** directly owns and does business as "Current," a multi-dwelling residential apartment complex generally located at 1551 Union Street, San Diego, CA 92101.

300. **MMP ASHTON OWNER, LLC** directly owns and does business as "Ashton San Francisco Apartments," a multi-dwelling residential apartment complex generally located at 301 Executive Park Blvd., San Francisco, CA 94134.

301. **MMP SOUTH PARK OWNER, LLC,** directly owns and does business as "717 Olympic," a multi-dwelling residential apartment complex generally located at 717 West Olympic Blvd, Los Angeles, CA 90015.

302. **MNCVAD II-HOLLIDAY UNION JV LLC** directly owns and does business as "The Union," a multi-dwelling residential apartment complex generally located at 532 Union Street, Oakland, CA 94607.

303. **MONOGRAM RESIDENTIAL HUNTINGTON BEACH PROJECT OWNER LP**[22] directly owns and does business as "Luce Apartments," a multi-dwelling residential apartment complex generally located at 7290 Edinger Ave., Huntington Beach, CA 92647.

304. **MONOGRAM RESIDENTIAL MISSION GORGE PROJECT OWNER LP**[23] directly owns and does business as "The Verge Apartments," a multi-dwelling residential apartment complex generally located at 6850 Mission Gorge Rd., San Diego, CA 92120.

---

[22]     No such entity is registered with the California Secretary of State to conduct business in the State.
[23]     No such entity is registered with the California Secretary of State to conduct business in the State.

305. **MONOGRAM RESIDENTIAL WILSHIRE**[24] directly owns and does business as "Desmond at Wilshire," a multi-dwelling residential apartment complex generally located at 5520 Wilshire Blvd, Los Angeles, CA 90036.

306. **MONROVIA APARTMENT EPF I LLC**[25] owns and does business as the "Areum," a multi-dwelling residential apartment complex generally located at 1110 S 5th Ave., Monrovia, CA 91016.

307. **MONTCLAIR ARROW APARTMENTS, L.P.** owns and does business as "Kendry Apartments," a multi-dwelling residential apartment complex generally located at 4868 Cypress Street, Montclair, CA 91763.

308. **MONTECITO APARTMENT HOMES, LLC** owns and does business as "Montecito At Dos Lagos Apartments," a multi-dwelling residential apartment complex generally located at 2708 Blue Springs Drive, Corona, CA 92883.

309. **MONTECITO VILLAGE PARTNERS, L.P.** owns and does business as "Salerno," a multi-dwelling residential apartment complex generally located at 1630 Paseo Monti, Chula Vista, CA 91913.

310. **MONTEREY PENINSULA LAND PARTNERS, LLC** owns and does business as "Pacific Vista Apartments," a multi-dwelling residential apartment complex generally located at 57 Soledad Dr., Monterey, CA 93940.

311. **MONTEREY TOWNHOUSE LAND PARTNERS, LLC** owns and does business as "Monterey Townhouse," a multi-dwelling residential apartment complex generally located at 825 Casanova Ave., Monterey, CA 93940.

312. **MONTESSA MANAGEMENT, LP** owns and does business as "Montessa at Whitney Ranch," a multi-dwelling residential apartment complex, generally located at 1150 Whitney Ranch Parkway, Rocklin, CA 95765.

---

[24] No such entity is registered with the California Secretary of State to conduct business in the State.

[25] Property records indicate that an entity MONROVIA APARTMENT*S* EPF I LLC may also own and operate the same business, however no such entity is registered to do business in the state of California.

313. **MONTIAVO AT BRADLEY SQUARE OWNER LLC** directly owns and does business as "Montiavo," a multi-dwelling residential apartment complex generally located at 2460 South Rubel Way, Santa Maria, CA 93455.

314. **MUSEUM PARK PROPERTY LLC** owns and does business as "Museum Park Apartments," a multi-dwelling residential apartment complex generally located at 465 W San Carlos St., San Jose, CA 95110.

315. **N AVENUE, L.P.** owns and does business as "City View Apartments," a multi-dwelling residential apartment complex generally located at 840 17th Street, San Diego, CA 92101.

316. **NAVAJO BLUFFS DEL, LLC** owns and does business as "Navajo Bluffs," a multi-dwelling residential apartment complex generally located at 6575 Jaffe Ct., San Diego, CA 92119.

317. **NM-JASPER, LLC** directly owns and does business as "Jasper," a multi-dwelling residential apartment complex generally located at 45 Lansing Street, San Francisco, CA 94105.

318. **NORTHLAND THEA PORTFOLIO LLC** owns and does business as "Thea At Metropolis," a multi-dwelling residential apartment complex generally located at 1000 West 8th Street, Los Angeles, CA 90017.

319. **NP PARC CHATEAUX INC.** [26] owns and does business as "Park Chateaux," a multi-dwelling residential apartment complex generally located at 24979 Constitution Ave., Stevenson Ranch, CA 91381.

320. **OAK SPRINGS PARTNERS, L.P.** owns and does business as "Oak Springs Ranch," a multi-dwelling residential apartment complex generally located at 24055 Clinton Keith Road, Wildomar, CA 92595.

321. **OCEAN AIR, L.P.** owns and does business as "Ocean Air," a multi-dwelling residential apartment complex generally located at 10500 Sea Pearl Cove, San

---

[26] No such entity is registered with the California Secretary of State to conduct business in the State.

Diego, CA 92130.

322. **OCEAN BREEZE APARTMENT ASSOCIATES, L.P.** owns and does business as "Ocean Breeze Villas," a multi-dwelling residential apartment complex generally located at 6401 Warner Avenue, Huntington Beach, CA 92647.

323. **OCEANVIEW TERRACE, L.P.** [27] owns and does business as "Riveredge Terrace," a multi-dwelling residential apartment complex generally located at 4805 Wind Surf Wy., San Diego, CA 92154.

324. **OCOTILLO LA 9001SMB, LLC** owns and does business as "Nine Thousand One," a multi-dwelling residential apartment complex generally located at 9001 Santa Monica Blvd., West Hollywood, CA 90069.

325. **ONYX EAST APARTMENTS LLC** owns and does business as "Onyx Apartments," a multi-dwelling residential apartment complex generally located at 424 W. Pico Boulevard, Los Angeles, CA 90015.

326. **OSM PROPERTY LLC** owns and does business as "One South Market Apartments," a multi-dwelling residential apartment complex generally located at 1 S Market St., San Jose, CA 95113.

327. **PALOMAR STATION DJT (PHASE 1) LLC** and **PALOMAR STATION DJT (PHASE 2), LLC** own and do business as "Palomar Station," a multi-dwelling residential apartment complex generally located at 1257 Armorlite Dr., San Marcos, CA 92069.

328. **PARC ONE DEL, LLC** owns and does business as "Parc One," a multi-dwelling residential apartment complex generally located at 320 Town Center Pkwy., Santee, CA 92071.

329. **PARKER-SHATTUCK OWNER, LLC** directly owns and does business as "Parker Apartments," a multi-dwelling residential apartment complex generally located at 2038 Parker Street, Berkeley, CA 94704.

---

[27] No such entity is registered with the California Secretary of State to conduct business in the State.

330. **BLUE OAK TIC OWNER I, LLC** owns and does business as "Blue Oak," a multi-dwelling residential apartment complex generally located at 710 Experimental Station Road, Paso Robles, CA 93446.

331. **PERSEA SENIOR BORROWER LLC** owns and does business as "Persea," a multi-dwelling residential apartment complex generally located at 1333 N. Santa Fe Ave., Vista, CA 92084.

332. **PKV 1031 SAN DIEGO, LLC** owns and does business as "Entrada," a multi-dwelling residential apartment complex generally located at 453 13th Street, San Diego, CA 92101.

333. **RIDGESTONE PARTNERS, L.P.** owns and does business as "Ridgestone," a multi-dwelling residential apartment complex generally located at 39415 Ardenwood Way, Lake Elsinore, CA 92532.

334. **PORT 121 LLC** owns and does business as "The Reserve," a multi-dwelling residential apartment complex generally located at 3851 Harbour Island Lane Oxnard, CA 93035.

335. **POTRERO LAUNCH AFFORDABLE, LP** owns and does as "Potrero Launch Apartments," a multi-dwelling residential apartment complex generally located at 2235 3rd St, San Francisco, CA 94107.

336. **PR 1910 UNION LLC** directly owns and does business as "Rise Apartments," a multi-dwelling residential apartment complex generally located at 1910 Union Street, Anaheim, CA 92805.

337. **PR 1921 UNION LLC** directly owns and does business as "Edge Apartments," a multi-dwelling residential apartment complex generally located at 1921 Union Street, Anaheim, CA 92805.

338. **PR/BROADSTONE HERITAGE I LLC** owns and does business as "Broadstone Atlas," a multi-dwelling residential apartment complex generally located at 2590 Red Hill Ave, Santa Ana, CA 92705.

339. **PR IMPERIA LOS ANGELES LLC** directly owns and does business as

"Living at Noho," a multi-dwelling residential apartment complex generally located at 11059 McCormik Street, North Hollywood, CA 91601.

340. **PROVDENCE II ARTE APARTMENT LLC** owns and does business as "Arte," a multi-dwelling residential apartment complex generally located at 10130 Foothill Blvd, Rancho Cucamonga, CA 19730.

341. **PR III/BROADSTONE TRINO LLC** co-own and do business as "Sway," a multi-dwelling residential apartment complex generally located at 525 Broadway, Santa Monica, CA 90401.

342. **RAINCROSS SENIOR PARTNERS, LLC** owns and does business as "Raincross Senior Village Apartments," a multi-dwelling residential apartment complex generally located at 5234 Central Ave., Riverside, CA 92504.

343. **RAINTREE 1122 UNIVERSITY LLC** owns and does business as "1122U Apartments," a multi-dwelling residential apartment complex generally located at 1122 University, Berkeley, CA 94702.

344. **RAINTREE 1200 RIVERSIDE LLC** owns and does business as "1200 Riverside," a multi-dwelling residential apartment complex generally located at 1200 Riverside Drive, Burbank, CA 91506.

345. **RAINTREE 201 MARSHALL LLC** owns and does business as "201 Marshall," a multi-dwelling residential apartment complex generally located at 201 Marshall Street, Redwood City, CA 94063.

346. **RAINTREE 2051 THIRD STREET LLC** owns and does business as "The Martin Apartments," a multi-dwelling residential apartment complex generally located at 2051 3rd Street, San Francisco, CA 94107.

347. **RAINTREE 973 MARKET MASTER TENANT LLC** owns and does business as "The Wilson Building Apartments," a multi-dwelling residential apartment complex generally located at 973 Market Street, San Francisco, CA 94103.

348. **RAINTREE CAMPBELL LLC** directly owns and does business as "The Franciscan," a multi-dwelling residential apartment complex generally located at 601

Almarida Drive, Campbell, CA 95008.

349. **RAINTREE DEL PRADO LLC** owns and does business as "Prado West," a multi-dwelling residential apartment complex generally located at 34137 Pacific Coast Hwy, Dana Point, CA 92629.

350. **RAINTREE FAIR OAKS LLC** owns and does business as "Encasa," a multi-dwelling residential apartment complex generally located at 550 E Weddell Dr., Sunnyvale, CA 94089.

351. **RAINTREE FLOWER FIELDS LLC** directly owns and does business as "Flower Fields Apartments," a multi-dwelling residential apartment complex generally located at 2666 Flower Fields Way, Carlsbad, CA 92010.

352. **RAINTREE FOUNTAIN VALLEY LLC** owns and does business as "The Galleria," a multi-dwelling residential apartment complex generally located at 16425 Harbor Blvd., Fountain Valley, CA 92708.

353. **RAINTREE TRIESTE LLC** owns and does business as "Axiom La Jolla," a multi-dwelling residential apartment complex generally located at 3950 Mahalia Ave., San Diego, CA 92122.

354. **RAINTREE VENTURA COLONY LLC** owns and does business as "Colony Parc," a multi-dwelling residential apartment complex generally located at 848 Weber Circle, Ventura, CA 93003.

355. **RAINTREE WALNUT CREEK LLC** owns and does business as "Oak & Iron, A Home Collection," a multi-dwelling residential apartment complex generally located at 114 Sharene Ln., Walnut Creek, CA 94596.

356. **RANCHO INVESTORS, L.P.** owns and does business as "Parc Pointe," a multi-dwelling residential apartment complex generally located at 2450 Hilton Head Pl., El Cajon, CA 92019.

357. **RANCHO PRESIDIO FEE OWNER LLC** owns and does business as "Presidio at Rancho Del Oro," a multi-dwelling residential apartment complex generally located at 4401 Mission Avenue, Oceanside, CA 92057.

358. **RAR2-SUMMERWOOD AT SARATOGA-CA, INC.** owns and does business as "Summerwood Apartments," a multi-dwelling residential apartment complex generally located at 444 Saratoga Avenue, Santa Clara, CA 95050.

359. **REGENCY DURANT, LLC** owns and does business as "The Durant," a multi-dwelling residential apartment complex generally located at 2631 Durant Ave, Berkeley, CA 94704.

360. **REGENCY HILLTOP, LLC** owns and does business as "The Hilltop," a multi-dwelling residential apartment complex generally located at 363 Western Dr., Santa Cruz, CA 95060.

361. **RESCORE 1699 MARKET LLC** owns and does business as "The Rise Hayes Valley," a multi-dwelling residential apartment complex generally located at 1699 Market Street, San Francisco, CA 94103.

362. **RESCORE KOREATOWN, LLC** owns and does business as "Rise Koreatown," a multi-dwelling residential apartment complex generally located at 750 S Oxford Ave, Los Angeles, CA 90005.

363. **RI - BERKELEY, LLC** owns and does business as "Aquatic Fourth Street," a multi-dwelling residential apartment complex generally located at 2010 Fifth Street, Berkeley, CA 94710.

364. **RISING GLEN DEL, LLC** owns and does business as "Rising Glen," a multi-dwelling residential apartment complex generally located at 2300 Rising Glen Wy., Carlsbad, CA 92008.

365. **RIVERSIDE LOCHMOORE DRIVE APARTMENTS, LP** owns and does business as "Castlerock Apartments," a multi-dwelling residential apartment complex generally located at 5700 Lochmoor Drive, Riverside, CA 92507.

366. **RIVERVIEW DEL I, LLC** and **RIVERVIEW PARTNERS** own and do business as "Sorano Apartments," a multi-dwelling residential apartment complex generally located at 12046 Clark St., Moreno Valley, CA 92557.

367. **RIVUE MCA, LLC** owns and does business as "Rivue," a multi-dwelling

residential apartment complex generally located at 1902 Millenia Ave., Chula Vista, CA 91915.

368. **RIZE LKMS, LLC** and **RIZE BLF, LLC** own and do business as "Rise Irvine," a multi-dwelling residential apartment complex generally located at 1100 Synergy, Irvine, CA 92614.

369. **CREEKWOOD I, L.P.** owns and does business as "Creekwood," a multi-dwelling residential apartment complex generally located at 22294 City center Dr., Hayward, CA 94541.

370. **ROHNERT PARK 668, L.P.** owns and does business as "Adega," a multi-dwelling residential apartment complex generally located at 541 Carlson Ave., Rohnert Park, CA 94928.

371. **ROLLING HILLS GARDEN APARTMENTS, LLC** owns and does business as "Rolling Hills Gardens Apartments," a multi-dwelling residential apartment complex generally located at 2290 Mackenzie Creek Road, Chula Vista, CA 91914.

372. **ROSINA VISTA L.P.** owns and does business as "Rosina Vista," a multi-dwelling residential apartment complex generally located at 1551 Summerland St., Chula Vista, CA 91913.

373. **RRE BONITA GLEN HOLDINGS LLC** owns and does business as "Pointe Bonita," a multi-dwelling residential apartment complex generally located at 250 Bonita Glen Dr, Chula Vista, CA 91910.

374. **RREEF AMERICA REIT II CORP DD** directly owns and does business as "Provence at Valencia Apartments," a multi-dwelling residential apartment complex generally located at 28160 McBean Parkway, Valencia, CA 91354.

375. **900 SOUTH FIGUEROA STREET APARTMENTS INVESTORS LLC** owns and does business as "Apex. The One," a multi-dwelling residential apartment complex generally located at 900 S. Figueroa Street, Los Angeles, CA 90015.

376. **SAN RAMON PARK PLACE, LLC** owns and does business as "Park Place Apartments," a multi-dwelling residential apartment complex generally located at

255 Park Place, San Ramon, CA 94583.

377. **SANTA MARIA LAND PARTNERS LLC** directly owns and does business as "La Vista Apartments," a multi-dwelling residential apartment complex generally located at 740 S. Western Avenue, Santa Maria, CA 93458.

378. **SANTA MARIA MULTIFAMILY LLC** owns and does business as "Azure," a multi-dwelling residential apartment complex generally located at 703 East Meehan Street, Santa Maria, CA 93454.

379. **SANTEE VILLAS DEL, LLC** owns and does business as "Santee Villas," a multi-dwelling residential apartment complex generally located at 10445 Mast Blvd., Santee, CA 92071.

380. **SC LOFT HOUSE ONE LLC** and **SC LOFT HOUSE TWO LLC** own and do business as "Loft House Apartments," a multi-dwelling residential apartment complex generally located at 150 South Taaffe Street, Sunnyvale, CA 94086.

381. **SDCO HILLS OF CORONA, INC.,** directly owns and does business as "The Hills of Corona Apartments," a multi-dwelling residential apartment complex generally located at 2365 S. Promenade Avenue, Corona, CA 92879. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "The Hills of Corona Apartments."

382. **SEPULVEDA APTS. LIMITED PARTNERSHIP** owns and does business as "6940 Sepulveda," a multi-dwelling residential apartment complex generally located at 6940 Sepulveda Blvd., Van Nuys, CA 91405.

383. **SETA APARTMENT HOMES DEL, LLC** owns and does business as "Seta Apartments," a multi-dwelling residential apartment complex generally located at 7346 Parkway Dr., La Mesa, CA 91942.

384. **SF APT 1, LLC** owns and does business as "121 Tasman Apartments," a multi-dwelling residential apartment complex generally located at 121 East Tasman Drive, San Jose, CA 95134.

385. **SHAC 988 ECR APARTMENTS LLC** owns and does business as

"Nine88 Apartments," a multi-dwelling residential apartment complex generally located at 988 El Camino Real, South San Francisco, CA 94080.

386. **SHAC DEL MEDIO APARTMENTS LLC** owns and does business as "MV Apartments," a multi-dwelling residential apartment complex generally located at 2700 W. El Camino Real, Mountain View, CA 94040.

387. **SHAC SOUTH MATHILDA AVENUE LLC** owns and does business as "481 On Mathilda," a multi-dwelling residential apartment complex generally located at 481 S Mathilda Avenue, Sunnyvale, CA 94086.

388. **SHADOWRIDGE WOODBEND DEL, LLC** owns and does business as "Shadowridge Woodbend," a multi-dwelling residential apartment complex generally located at 1500 Shadowridge Dr., Vista, CA 92081.

389. **SHEARWATER COMMUNITIES, LLC,** directly owns and does business as "Solaire Apartments," a multi-dwelling residential apartment complex generally located at 29575 Pujol Street, Temecula, CA 92590. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Solaire Apartments."

390. **SHERIDAN PARK, LLC** owns and does business as "Sheridan Park Apartments," a multi-dwelling residential apartment complex generally located at 1450 North 1st St., Salinas, CA 93906.

391. **SI 26, LLC** owns and does business as "Elements," a multi-dwelling residential apartment complex generally located at 1201 Parkmoor Avenue, San Jose, CA 95126.

392. **SI 32, LLC** owns and does business as "Aventino Apartments," a multi-dwelling residential apartment complex generally located at 200 Winchester Circle, Los Gatos, CA 95032.

393. **SI 40, LLC** owns and does business as "Domicilio," a multi-dwelling residential apartment complex generally located at 431 El Camino Real, Santa Clara, CA 95050.

394. **SI 51, LLC** owns and does business as "Mosaic Apartments," a multi-dwelling residential apartment complex generally located at 500 Race Street, San Jose, CA 95126.

395. **SI 52 LLC** owns and does business as "The Standard," a multi-dwelling residential apartment complex generally located at 515 Lincoln Avenue, San Jose, CA 95126.

396. **SI VI, LLC** owns and does business as "Central Park at Whisman Station" a multi-dwelling residential apartment complex generally located at 100 North Whisman Station Road, Mountain View, CA 94043

397. **SI 66, LLC** owns and does business as "Naya," a multi-dwelling residential apartment complex generally located at 1095 West El Camino Real, Sunnyvale, CA 94087.

398. **SI VII, LLC** owns and does business as "Bridgepointe," a multi-dwelling residential apartment complex generally located at 1987 Bridgepointe Circle, San Mateo, CA 94404.

399. **SI VIII, LLC** owns and does business as "City Place," a multi-dwelling residential apartment complex generally located at 801 E. Walnut Street, Pasadena, CA 91101.

400. **SI XXII, LLC** owns and does business as "Tamarind Square," a multi-dwelling residential apartment complex generally located at 1160 Morse Avenue, Sunnyvale, CA 94089.

401. **SIGNATURE POINT MULTI, LLC** directly owns and does business as "Signature Point," a multi-dwelling residential apartment complex generally located at 13006 Signature Point, San Diego, CA 92130.

402. **SILICON BEACH LIVE, LLC** owns and does business as "D'Vine Apartments," a multi-dwelling residential apartment complex generally located at 6733 S. Sepulveda Blvd., Los Angeles, CA 90045.

403. **SM - CLOVERFIELD INVESTORS, LLC** owns and does business as

"The Charlie Santa Monica," a multi-dwelling residential apartment complex generally located at 1450 Cloverfield Blvd., Santa Monica, CA 90404.

404. **SOBRATO DEVELOPMENT COMPANY #940, LLC** owns and does business as "La Terraza," a multi-dwelling residential apartment complex generally located at 470 Saratoga Ave, San Jose, CA 95129.

405. **SOCAL II NOBEL LLC** owns and does business as "Nobel Court," a multi-dwelling residential apartment complex generally 3707 Nobel Dr., San Diego, CA 92122.

406. **SOFTWIND POINT DEL, LLC** owns and does business as "Softwind Point," a multi-dwelling residential apartment complex generally located at 881 Soft Wind Rd., Vista, CA 92081.

407. **SOHAY APARTMENTS, LLC** owns and does business as "The Mix at Sohay," a multi-dwelling residential apartment complex generally located at 29213 Mission Blvd., Hayward, CA 94544.

408. **SOLANA RIDGE, L.P** owns and does business as "Solana Ridge," a multi-dwelling residential apartment complex generally located at 41754 Margarita Rd., Temecula, CA 92591.

409. **SOLTERRA AT CIVIC CENTER, LP** owns and does business as "Solterra at Civil Center," a multi-dwelling residential apartment complex generally located at 12700 South Bloomfield Ave., Norwalk, CA 90650.

410. **SOUTH SEPULVEDA INVESTORS LP** owns and does business as "Kinley West LA," a multi-dwelling residential apartment complex generally located at 6711 S. Sepulveda Blvd, Los Angeles, CA 90045. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Kinley West LA."

411. **SOUTHBORDER LLC** owns and does business as "Ocean Breeze Apartments," a multi-dwelling residential apartment complex generally located at 561 W. San Ysidro Blvd., San Diego, CA 92173.

412. **SP/P CHANNEL POINT, L.L.C.** directly owns and does business as "Channel Point Apartments," a multi-dwelling residential apartment complex generally located at 5926 Bixby Village Dr., Long Beach, CA 90803, managed by Principal U.S. Property Portfolio REIT I, LLC. In addition, **SP/P CHANNEL POINT, L.L.C.** and **GREYSTAR** share one or more individuals registered as the agent for service of process.

413. **SRI ELEVEN 601 CAPITOL MALL LLC** owns and does business as "The Frederic," a multi-dwelling residential apartment complex generally located at 601 Capitol Mall, Sacramento, CA 95814-4719.

414. **ST. MORITZ PROPERTY OWNER LLC** owns and does business as "St. Moritz," a multi-dwelling residential apartment complex generally located at 23411 Summerfield, Aliso Viejo, CA 92656.

415. **STONE ARBOR APARTMENTS, LLC** directly owns and does business as "Stone Arbor Apartments," a multi-dwelling residential apartment complex generally located at 612 Los Arbolitos Blvd., Oceanside, CA 92054. **STONE ARBOR APARTMENTS, LLC** and **GREYSTAR** share one or more individuals registered as the agent for service of process.

416. **SUNBOW PARTNERS, L.P.** owns and does business as "Mission at Sunbow Apartments," a multi-dwelling residential apartment complex generally located at 825 East Palomar St., Chula Vista, CA 91911.

417. **SW WESTCHESTER LAND, LLC,** directly owns and does business as "7403 Living," a multi-dwelling residential apartment complex generally located at 7403 La Tijera, Los Angeles, CA 90045. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "7403 Living."

418. **SYCAMORE CORE PROPERTY OWNER, LLC** owns and does business as "Core At Sycamore Highlands," a multi-dwelling residential apartment complex generally located at 5946 Sycamore Canyon Blvd., Riverside, CA 92507.

419. **TA SEACREST APARTMENTS, LLC** owns and does business as "Seacrest Apartment Homes," a multi-dwelling residential apartment complex generally

located at 240 Avenida Vista Montana, San Clemente, CA 92672.

420. **TA VENICE ON ROSE, LP** owns and does business as "Venice On Rose," a multi-dwelling residential apartment complex generally located at 512 Rose Avenue, Venice, CA 90291.

421. **TALAVERA RIDGE APARTMENTS, L.P**. directly owns and does business as "Talavera," a multi-dwelling residential apartment complex generally located at 1550 Broadstone Pkwy, Folsom, CA 95630.

422. **TARIGO PROPERTIES LLC** owns and does business as "The Windsor," a multi-dwelling residential apartment complex generally located at 2383 North Main St., Walnut Creek, CA 94596.

423. **TAVERA, L.P.** owns and does business as "Tavera," a multi-dwelling residential apartment complex generally located at 1465 Santa Victoria Rd., Chula Vista, CA 91913.

424. **T-C LEGACY AT WESTWOOD LLC** owns and does business as "Legacy At Westwood Apartments," a multi-dwelling residential apartment complex generally located at 10833 Wilshire Blvd., Los Angeles, CA 90024.

425. **T-C REGENTS COURT LLC** owns and does business as "Regents Court," a multi-dwelling residential apartment complex generally located at 8465 Regents Road, San Diego, CA 92122.

426. **TCP-7E, LLC** owns and does business as "Exhibit at J Town Apartments," a multi-dwelling residential apartment complex generally located at 525 N. 7th Street, San Jose, CA 95112.

427. **TEACHERS INS & ANNUITY ASSOCIATION OF AMERICA** owns and does business as "Westcreek Apartments," a multi-dwelling residential apartment complex generally located at 973 Westcreek Lane, West Lake Village, CA 91362.

428. **TENNESSEE TRIPLE SEVEN LLC** owns and does business as "777 Tenn," a multi-dwelling residential apartment complex generally located at 777 Tennessee, San Francisco, CA 94107.

429.  **TERRA FUNDING - NATOMAS, LLC** owns and does business as "The Core Natomas," a multi-dwelling residential apartment complex generally located at 2745 Orchard lane, Sacramento, CA 95833.

430.  **TERRANO APARTMENT HOMES, LLC** owns and does business as "Terrano Apartments," a multi-dwelling residential apartment complex generally located at 2804 Fashion Drive, Corona, CA 92883.

431.  **THE 626 ORCHARD LLC** owns and does business as the "The Orchard," a multi-dwelling residential apartment complex generally located at 626 N Azusa Ave., Azusa, CA 91702.

432.  **THE ARBORS - LAKE FOREST ASSOCIATES, LLC** directly owns and does business as "The Arbors," a multi-dwelling residential apartment complex generally located at 3550 Pacific Ave., Livermore, CA 94550.

433.  **THE GRAND SHERMAN OAKS, LLC** directly owns and does business as "Veda," a multi-dwelling residential apartment complex generally located at 4735 Sepulveda Boulevard, Sherman Oaks, CA 91403.

434.  **THE HAVEN AT COTTLE STATION, LLC,** directly owns and does business as "Vio," a multi-dwelling residential apartment complex generally located at 5700 Village Oaks Drive, San Jose, CA 95123.

435.  **THE HAVEN AT PETALUMA, LLC** directly owns and does business as "The Artisan," a multi-dwelling residential apartment complex generally located at 55 Maria Drive, Petaluma, CA 94954.

436.  **THE RESIDENCES AT COTA VERA, LLC,** directly owns and does business as "The Residences at Costa Vera," a multi-dwelling residential apartment complex generally located at 1575 Camino Altezza, Chula Vista, CA 91913.

437.  **THE WILCO APARTMENTS, LLC** owns and does business as "Wilco Apartments," a multi-dwelling residential apartment complex generally located at 2525 Wilshire Blvd., Los Angeles, CA 90057.

438.  **TILDEN - LAFAYETTE LLC** owns and does business as "The U

Apartments," a multi-dwelling residential apartment complex generally located at 625 Cantrill Dr., Davis, CA 95618.

439. **TOWN CENTER APARTMENTS, INC.** directly owns and does business as "The Paseo at Town Center," a multi-dwelling residential apartment complex generally located at 24807 Magic Mountain Parkway, Valencia, CA 91355.

440. **TREA HOLLY STREET VILLAGE LLC** owns and does business as "Holly Street Village Apartments," a multi-dwelling residential apartment complex generally located at 151 East Holly Street, Pasadena, CA 91103.

441. **TRES PINOS LTD.** owns and does business as "Sunbow Villas," a multi-dwelling residential apartment complex generally located at 750 Paso De Luz, Chula Vista, CA 91911.

442. **TRIO PASADENA, LLC** owns and does business as "Trio Apartments," a multi-dwelling residential apartment complex generally located at 44 N. Madison Avenue, Pasadena, CA 91101. As of the date of this filing, GREYSTAR'S website publicly holds itself out as the property manager of the "Trio Apartments."

443. **TROJAN PROPERTY INVESTORS, LLC** owns and does business as "The 505," a multi-dwelling residential apartment complex generally located at 505 W. 31st, Los Angeles, CA 90007.

444. **TSV APARTMENTS, LLC** owns and does business as "GIO Apartments," a multi-dwelling residential apartment complex, generally located at 3675 T Street, Sacramento, CA 95816. As of the date of this filing, GREYSTAR's website publicly holds out that it is the manager of "GIO" apartments.

445. **TURTLE CREEK RESIDENTIAL LLC** owns and does business as "Turtle Creek," a multi-dwelling residential apartment complex generally located at 4824 Van Buren Blvd., Riverside, CA 92503.

446. **TUSCANY RIDGE TEMECULA DEL, LLC** owns and does business as "Tuscany Ridge," a multi-dwelling residential apartment complex generally located at 41955 Margarita Rd., Temecula, CA 92591.

447. **TUSTIN COVENTRY SENIORS, LP** owns and does business as "Coventry Court Luxury Senior Apartments," a multi-dwelling residential apartment complex generally located at 16000 Cambridge Way, Tustin, CA 92782.

448. **U.S. REIF SIERRA RIDGE CA LP** owns and does business as "Vue at 3600 Apartments," a multi-dwelling residential apartment complex generally located at 3600 Sierra Ridge Road, Richmond, CA 94806.

449. **UNIVERSITY ENTERPRISES, INC**. directly owns and does business as "Hornet Commons," a multi-dwelling residential apartment complex generally located at 3001 State University Drive, Sacramento, CA 95826.

450. **VA7 CASA VERDE LLC** owns and does business as "Casa Verse," a multi-dwelling residential apartment complex generally located at 2050 McKee Rd., San Jose, CA 95116.

451. **VA8 SIERRABROOK LLC** owns and does business as "Sierrabrook," a multi-dwelling residential apartment complex generally located at 1265 N Capitol, San Jose, CA 95132.

452. **VALENCIA ASSOCIATES, LLC** owns and does business as "Wilshire Valcenia," a multi-dwelling residential apartment complex generally located at 1515 Wilshire Blvd., Los Angeles, CA 90017.

453. **VAYA WC, LLC** owns and does business as the "Vaya," a multi-dwelling residential apartment complex generally located at 1800 Lacassie Avenue, Walnut Creek, CA 94596.

454. **VENTURA TERRACE, LLC** owns and does business as "Ventura Terrace Apartments," a multi-dwelling residential apartment complex generally located at 6600 E. Telephone Road, Ventura, CA 93003.

455. **VERANDA ASSOCIATES, LP** and **LARCHMONT ASSOCIATES, L.P.** own and do business as "Norwalk Metropointe," a multi-dwelling residential apartment complex generally located at 11615 Firestone Blvd., Norwalk, CA 90650.

456. **VERMONT CA GARDENS LP** and **ASMBB VERMONT CA, LLC**

directly owns and does business as "The Vermont," a multi-dwelling residential apartment complex generally located at 3150 Wilshire Blvd., Los Angeles, CA 90010.

457. **VILLAGE SQUARE APARTMENTS DEL, LLC** owns and does business as "Village Square," a multi-dwelling residential apartment complex generally located at 8683 Via Mallorca, La Jolla, CA 92037.

458. **CREEKSIDE VISTA, LLC**[28] owns and does business as "Sereno," a multi-dwelling residential apartment complex generally located at 930 3rd Avenue, Chula Vista, CA 91911.

459. **WEST SACRAMENTO MULTIFAMILY LLC** owns and does business as "The Strand," a multi-dwelling residential apartment complex generally located at 500 Douglas Street, West Sacramento, CA 95605.

460. **WHISPERING OAKS, L.P.** owns and does business as "Whispering Oaks Apartments," a multi-dwelling residential apartment complex generally 468 North Twin Oaks Valley Road, San Marcos, CA 92069.

461. **WILSHIRE HOBART 377 PROJECT LLC** owns and does business as "The Pearl on Wilshire Apartments," a multi-dwelling residential apartment complex generally located at 687 S. Hobart Blvd., Los Angeles, CA 90005.

462. **WOODLAND PARK PROPERTY OWNER, LLC** owns and does business as "Woodland Park," a multi-dwelling residential apartment complex generally located at 45 Newell Road, East Palo Alto, CA 94303.

463. **WOODSIDE PARK, LLC** owns and does business as "Woodside Park Apartments," a multi-dwelling residential apartment complex generally located at 1040 Riker St., Salinas, CA 93901.

464. Each of the foregoing SPEs has appointed GREYSTAR as its agent for the purposes of property management, including, without limitation, administration of tenant security deposits.

---

[28] This entity is not registered with the California Secretary of State.

## 5. *Fictitiously named Defendants*

465. Plaintiffs are informed and believe and thereupon aver that DOES 1 through 1,000 are other natural persons, corporations, limited-liability companies, general partnerships, limited partnerships, limited-liability partnerships, trusts, unincorporated associations, and/or other entities of any kind or character who have incurred liability to Plaintiffs (and/or to one or more members of the Plaintiff Class) in relation to the transactions and/or occurrences that are the subject of this Complaint, or who have any interest in the subject of this operative complaint.

466. Except as may be described herein, Plaintiffs are yet uninformed of the true names, capacities and nature and extent of participation in the course of conduct alleged here of the persons sued as DOES 1 through 1000 inclusive, and Plaintiffs are yet uninformed of the nature and extent of any interest that the persons sued as DOES 1 through 1,000, inclusive, may have in the subject of this operative complaint. Plaintiffs therefore sue these defendants by fictitious names. Plaintiffs will amend this Complaint to allege the true names and capacities of the DOE defendants when ascertained.

467. Upon information and belief, each of the Defendants named here, including DOES 1 through 1,000, inclusive, and their alter-egos, acted as an owner, principal, agent, employer, employee, joint-employer, joint-venturer, franchisor, franchisee, shareholder, off, member, co-conspirator, shell, conduit, master, or partner of each other, and at all times were acting within the scope and course and in pursuance of his, her or its agency, employment, joint-employment, joint-venture, franchise, partnership, common and joint-enterprise, or actual or apparent authority in concert with each other.

468. Upon information and belief, each of the Defendants named here, including DOES 1 through 1,000, inclusive, and their alter-egos, are individually, jointly and severally liable to Plaintiffs and the Plaintiff class because each Defendant directly or indirectly, or through an agent or employee, actually, proximately, and vicariously caused injury to Plaintiffs as described here.

469. Upon information and belief, the acts and omissions of each of the

Defendants named here, including DOES 1 through 1,000, inclusive, and their alter-egos, contributed to the acts and omissions of each other Defendant in proximately causing the complaints, injuries, and damages alleged. Defendants approved of, condoned, and/or otherwise ratified each of the acts or omissions complained of. Defendants aided and abetted the acts and omissions of each other Defendant, including DOES 1 through 1,000, inclusive, and their alter-egos, in proximately causing the complaints, injuries, and damages alleged.

## VI. GENERAL ALLEGATIONS

### A. Greystar's Security Deposit Scheme

470. As the designated property manager for each of the APARTMENT COMPLEXES, GREYSTAR is primarily or entirely responsible for the operation of those complexes, including leasing, collection of rent, repairs and maintenance, handling tenant issues, coordinating tenant move-outs, and holding and administering tenant security deposits. All these functions are handled under the direction, control, and supervision of GREYSTAR pursuant to uniform policies and standard operating procedures designed, adopted, and implemented by GREYSTAR.

471. In engaging GREYSTAR to act as property manager, the SPEs rely on GREYSTAR to provide consistent service pursuant to uniform policies and practices developed for use across GREYSTAR's portfolio intended to maximize investor profit.

472. Pursuant to systematic corporate policies and practices, GREYSTAR, in bad faith, retains residential security deposits from tenants in violation of California law. GREYSTAR conceals this bad faith withholding by failing to provide mandatory, statutory disclosures required by California Civil Code § 1950.5.

473. GREYSTAR not only realizes rental income for itself and its clients from tens of thousands of tenants, but also generates a profit by unlawfully retaining the security deposits of its former tenants as a matter of consistent corporate policy and practice. As a result, GREYSTAR has systematically charged former tenants amounts against or in addition to their security deposits for unsubstantiated work, work not

reasonably necessary, work not performed, and/or work that is not the obligation of the departing tenant under California law.

474. GREYSTAR has centralized security deposit policymaking and administration for APARTMENT COMPLEXES. On information and belief, the umbrella entity, GREYSTAR, is solely responsible for developing and administering security deposit policies and practices uniformly across all of the APARMENT COMPLEXES.

475. Plaintiffs are informed and believe that for all properties owned by the SPEs, whether or not ultimately owned by GREYSTAR, security deposit administration is exclusively managed by GREYSTAR using GREYSTAR employees pursuant to companywide policy.

476. GREYSTAR's unlawful policies and practices, practiced at each of the APARTMENT COMPLEXES, include, without limitation, cleaning, and maintenance charges that are not properly documented or disclosed as required by California Civil Code § 1950.5. Among other improper and unsubstantiated charges, Plaintiffs are informed and believe that GREYSTAR routinely charges former tenants for normal wear and tear, applies standardized charges amounting to an unlawful systemic fee in lieu of the actual cost of repair or cleaning; and charges tenants for services that were not performed, were not required, and/or were not substantiated as required. GREYSTAR obscures these improper and unlawful charges by failing to provide the mandatory, statutory disclosures required by California Civil Code § 1950.5.

477. Defendants' unlawful charges made against former tenants' security deposits often exceed the amount of the deposit held by Defendants. When this occurs, Defendants cause a bill, and sometimes a collections notice, to be sent to former tenants, knowing that the monies claimed are based upon unlawful and unenforceable move-out charges. This conduct has resulted in damages to former tenants both through the collection of such amounts and damage to their credit.

478. In addition to the foregoing, Plaintiffs are informed and believe that

GREYSTAR has a pattern and practice of systematically either issuing payment beyond the 21-day deadline specified in California Civil Code § 1950.5(g), or sometimes, not at all.

**B.     Greystar's     Conduct     Violates     California's     Security     Deposit Requirements**

479.     The California Civil Code sets forth specific requirements for the handling of security deposits upon termination of a residential lease.

480.     Section 1950.5(b) provides that a landlord may only use a security deposit to satisfy charges against a former tenant only for: (1) rent in arrears; (2) repairs exclusive of wear and tear; (3) cleaning required to bring the leasehold back to the condition it was in when the tenant accepted the tenancy; and (4) "to remedy future defaults by the tenant in any obligation under the rental agreement to restore, replace, or return personal property or appurtenances" if provided for in the lease.

481.     Civil Code section 1950.5(e) provides that "the landlord may claim on those amounts as are reasonably necessary…" only for the specific categories identified in section 1950.5(b).

482.     Civil Code section 1950.5(g) provides that, to make deductions from a security deposit more than $125.00, the deductions must be properly documented as follows:

   a.    No later than 21 calendar days after the tenant vacates, the landlord "shall furnish the tenant, by personal delivery or by first-class mail, postage prepaid, a copy of an itemized statement indicating the basis for, and the amount of, any security received and the disposition of the security, and shall return any remaining portion of the security to the tenant."

   b.    With respect to charges for outside vendors, the "landlord shall provide the tenant a copy of the bill, invoice, or receipt supplied by the person or entity performing the work."  If a bill, invoice, or receipt is not available within 21 days of the tenant vacating, the landlord must provide a good faith estimate

and must provide the bill, invoice, or receipt promptly upon the same becoming available. GREYSTAR systematically fails to provide vendor documentation as required.

c. With respect to in-house service charges, "the itemized statement shall reasonably describe the work performed. The itemized statement shall include the time spent and the reasonable hourly rate charged."

d. For supplies or materials used in repair or cleaning, "the landlord shall provide a copy of the bill, invoice, or receipt. If a particular material or supply item is purchased by the landlord on an ongoing basis, the landlord may document the cost of the item by providing a copy of a bill, invoice, receipt, vendor price list, or other vendor document that reasonably documents the cost of the item used in the repair or cleaning of the unit."

483. GREYSTAR systematically fails to provide these required disclosures. The itemizations and other documentation sent to former tenants, referred to by GREYSTAR as "Summary of Move Out Charges" under its standard operating procedure and policy do not satisfy any of the requirements set forth in section 1950.5(g). GREYSTAR's standard disclosures fail to reasonably describe the work performed and instead use vague descriptions of the work and fail to state the hours worked or reasonable hourly rates. Further, GREYSTAR consistently fails to send former tenants bills, invoices, or receipts documenting outside vendor charges and supplies within 21 days as required.

484. GREYSTAR's uniform and standard operating procedures make it impossible or unreasonably difficult for former tenants to determine if the work GREYSTAR allegedly performed on the leasehold was performed by a vendor or an in-house employee, whether the charges were actually incurred, and whether the charges are reasonable or necessary.

485. As a matter of law, because GREYSTAR uniformly fails to provide the disclosures required by Civil Code, section 1950.5(g), it forfeits its right to engage in self-help by withholding tenants' deposits and must return the deposits in full to former

tenants.

486.   In addition, in further violation of the Civil Code section 1950.5(g), GREYSTAR frequently charges former tenants' standard "cleaning fees" without regard to the condition of the apartment, and, without the required vendor provided invoice nor stated hours and rate for any work performed by GREYSTAR employees.  This is a *per se* violation of section 1950.5(g) and requires a full return of the standard "cleaning fees."

## C.   Greystar's Unlawful Policies Practiced on Plaintiffs

487.   Plaintiff RONNIE BROOKS is a former tenant of Defendants who resided at the "Solaire Apartments."  Ms. BROOKS began her lease approximately June 10, 2019, and moved out approximately May 1, 2023.  Ms. BROOKS submitted a $700 security deposit.

488.   After her departure, GREYSTAR provided Ms. BROOKS a "summary of move out charges" and a "final account statement" via email.  Ms. BROOKS was charged, among other things, $235 for a "cleaning fee."  Neither document provided to Ms. BROOKS specified the work performed and did not provide hours or hourly rates as mandated by statute.  Ms. BROOKS was not provided with any bills, invoices, or receipts from third-party vendors.   As such, GREYSTAR failed to provide the mandated disclosures for administration of Ms. BROOKS' security deposit.

489.   Further, upon information and belief, GREYSTAR's cleaning fee is an unlawful "standard charge," not reasonably necessary, and not indicative of any work actually performed on the vacated leasehold.  As a result, the charge is a *per se* violation of section 1950.5.

490.   Defendants failed to return the portion of Ms. BROOKS' security deposit representing the $235 "cleaning fee."

491.   Plaintiff TIFFANY VINSON is a former tenant of Defendants who resided at "Gema Apartments."  Ms. VINSON began her lease approximately May 9, 2022, and moved out on June 8, 2023.  Ms. VINSON submitted a $400 security deposit.

492.   After her departure, Ms. VINSON was not provided an itemized statement

as required under Civil Code section 1950.5 until she emailed her former manager at gemaamgr@greystar.com for those documents in July 2023, beyond the 21-day statutory period. GREYSTAR emailed her a final account statement on July 6, 2023. The final account statement indicated a $240 charge for a "cleaning fee" and a $20 fee for "Final Utility Admin Fee & Move Out Fee." No third-party bills, invoices, or receipts were provided nor was there any description of hours and rates for any work allegedly performed by GREYSTAR employees on the vacated leasehold.

493. Defendants did not return the portion of Ms. VINSON's security deposit reflecting the $240 "cleaning fee" and $20 fee for "Final Utility Admin Fee & Move Out Fee."

494. Ms. VINSON disputed these charges citing the Civil Code in a written correspondence sent on July 7, 2023. GREYSTAR ignored the correspondence.

495. Plaintiff ANNIE CASTNER is a former resident of Defendants who resided at "Calypso Apartments and Lofts" at 2801 Alton Parkway Unit 310, Irvine, California 92606. Ms. CASTNER moved into DEFENDANTS' property on approximately September 22, 2020 and moved out on November 19, 2021. Ms. CASTNER submitted a $400 security deposit.

496. Defendants did not provide Ms. CASTNER any statement regarding the disposition of her security deposit. In June 2022, Ms. CASTNER received an email notice that she had a balance due of $184.42 to GREYSTAR in addition to her security deposit. Ms. CASTNER disputed the charges and indicated that the 21-day timeframe for the administration of her security deposit had elapsed.

497. On September 21, 2022, GREYSTAR agent Martha Player sent Ms. CASTNER an email with an attached "Summary of Move Out Charges." Ms. CASTNER was charged for, among other things, $215.58 for "Damages - Sub-task - 6057172 – Floor - Carpet - Replace," $174.17 for "Damages - Sub-task - 6057171 – Walls Paint – Full," and $120 for "Damages - Sub-task - 6057170 - Cleaning Based on Full Unit – Full." GREYSTAR failed to provide any vendor bills, invoices, or receipts, nor any statement

of hours and rates for any work allegedly performed by GREYSTAR employees. No reasonable description of the tasks performed was given. As such, GREYSTAR failed to provide the mandated disclosures for administration of Ms. CASTNER' security deposit. In addition, the charges assessed appear to be standard charges rather than charges based on reasonable and necessary expenses actually incurred by Defendants.

498. Defendants have not returned any portion of Ms. CASTNER's deposit.

499. Plaintiff LAURA SEIGEL is a former tenant of Defendants who resided at the Breakwater Apartments. Ms. SEIGEL began her lease with Defendants on approximately March 11, 2022, and vacated her leased premises on approximately March 16, 2023. Ms. SEIGEL was required to submit a $2,437.50 security deposit to Defendants at the commencement of her tenancy.

500. Defendants failed to provide Ms. SEIGEL with any itemized statement or vendor invoices at the time of her move out or within 21 days thereafter.

501. Ms. SEIGEL then requested of Defendants' management personnel that Defendants return her security deposit pursuant to California Civil Code 1950.5.

502. Specifically, on April 11, 2023, Ms. SEIGEL wrote in an email to Defendants:

*"I vacated the premises at 16761 Viewpoint Ln., #308 Huntington Beach, CA 92647 on March 16, 2023.*

*Pursuant to California civil code 1950.5 Greystar was required by April 6, 2023, to refund my security deposit and or provide an itemized statement listing any amounts Greystar has withheld.*

*As of today, I have not received my security deposit or an itemized statement [...]*

*I have sent a couple emails regarding this and everybody keeps pushing me to the side"*

503. On April 12, 2023, Ms. SEIGEL again forwarded the same email to multiple GREYSTAR email accounts, noting that it was her "6th attempt" to gather a response to

her security deposit inquiries. Ms. SEIGEL sent this email to the following GREYSTAR email addresses:

- "The Breakwater Manager," at breakwatermgr@greystar.com;
- "Janice Seltzer," at janice.seltzer@greystar.com;
- "The Breakwater Assistant Manager," at breakwateramgr@greystar.com;
- "The Breakwater Leasing 1," at breakwaterleasing1@greystar.com; and
- "The Breakwater Leasing 2," at breakwaterleasing2@greystar.com.

Finally, on April 12, 2023, nearly one week *after* the 21-day deadline for GREYSTAR to have resolved all security deposit matters, Defendants' Assistant Community Manager responded to Ms. SEIGEL's emails. Defendant's employee informed Ms. SEIGEL that she had "escalated [the] matter," but did still not mention whether any portion of Ms. SEIGEL's security deposit would be returned.

504. Receiving no further contact, on April 17, 2023, Ms. SEIGEL again emailed The Breakwater Assistant Manager, at breakwateramgr@greystar.com, asking for an update on the return of her security deposit.

505. On April 26, 2023, *twenty days past* the statutory deadline to return former tenants' security deposits, GREYSTAR Assistant Community Manager informed Ms. SEIGEL that accounting confirmed that "the check was cut today" and would be sent to Ms. SEIGEL's forwarding address.

506. Without further explanation or response from GREYSTAR management, Ms. SEIGEL received a check from GREYSTAR in the amount of $723.59, reflecting a withholding of over $1,700. Defendants charged Ms. SEIGEL for the following:

| Service | Amount Charged |
|---|---|
| "Rebuild Closet" | $950.00 |
| "Full Paint ($550) Charge back 50%%" | $275.00 |
| "Carpet Cleaning" | $120.00 |
| "Full Unit Cleaning 3x2" | $230.00 |

507. Defendants failed to provide Ms. SIEGEL with the required itemized statement or vendor documentation.

508. Plaintiff CHERRELLE BLOUNT is a former tenant of Defendants who resided in the Frederic apartments located at 601 Capitol Mall, Unit No. 321, Sacramento, CA 95814. Ms. BLOUNT commenced her lease with Defendants on approximately June 23, 2022, and vacated on approximately July 1, 2023. Ms. BLOUNT submitted a security deposit of $3,220.00.

509. Ms. BLOUNT received a final account statement in an envelope dated July 14, 2023, deducting $476.16 for "Total additional charges / credits / payments." Specifically, Ms. BLOUNT was charged the following

"Heavy clean + Trash out fridge     190.00."

"Paint PM 200 0 EG EXTRA   91.16."

"Paint @ $39/hr 5 hours LABOR     195.00"

510. GREYSTAR did not provide any invoices or other documentation substantiating the above-referenced charges in violation of section 1950.5(g)(2). Nor did it provide invoices, price lists, or similar documents reflecting in-house supplies as required.

511. Further, Ms. BLOUNT's final account statement states that she is owed a refund of $1,002.71. Despite her numerous calls and follow up emails, she has not received it.

512. The unlawful practices that Defendants engaged in with respect to Plaintiffs are reflective of Defendants' systematic, uniform, and bad faith conduct towards all former tenants. This conduct has violated the California Civil Code to the detriment of thousands of Californians over many years by charging for repairs, replacement, and cleaning that were never done; a practice obscured by intentionally failing to itemize and substantiate repairs, replacement and. As such, these former California tenants of Defendants have each been deprived of some or all of their security deposits which Defendants were legally obligated to return to its tenants at the conclusion of their

respective leases.

## VI.  CLASS ACTION ALLEGATIONS

513.  Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23 on behalf of themselves and all other similarly situated persons in the Classes, which are composed of and defined as follows, excepting only individuals against whom or in whose favor a final judgment has already been rendered with respect to the defendant(s).

514.  **Unsubstantiated-Charges Class:**  All former tenants of Defendants whose whose leaseholds terminated between September 18, 2019 to present, and who had at least $125.00 of their security deposits retained for cleaning, repairs and/or replacements combined, excluding those tenants whose leases contained arbitration provisions including class action waivers.[29]

a.  **In-House Charges Subclass**:  All members of the Unsubstantiated Charges Class whom Defendants charged for asserted in-house[30] repair or cleaning.

b.  **In-House Supplies Subclass**:  All members of the Unsubstantiated Charges Class whom Defendants charged for asserted in-house supplies.

c.  **Vendor Charges Subclass**:  All members of the Unsubstantiated Charges Class whom Defendants charged for asserted third-party services or supplies.

d.  **Cleaning-Fee Class**.  All former tenants of Defendants whose leaseholds terminated between September 18, 2019, to present and from whom Defendants withheld a portion of their security deposits for flat-fee cleaning charges.

---

[29]  Plaintiffs have modified this class definition pursuant to the Court's Order Granting in Part and Denying in Part Defendant's Motion to Strike and Motion to Dismiss First Amended Complaint, ECF No. 48, at p. 16 ("Plaintiffs can amend the class definition to exclude members subject to arbitration and class action waivers").  Plaintiffs have also struck the class for unauthorized deductions following the Court's Order Granting in Part and Denying in Part Defendant's Motion to Strike and Motion to Dismiss Second Amended Complaint, ECF No. 56, at p. 14.

[30]  In-house refers to work purportedly performed by employees of the landlord as contemplated by Civil Code section 1950.5(g)(2)(A).

515.   Plaintiffs reserve the right to amend this Class and Subclasses and to add any number of Subclasses

516.   The Court should permit this action to be maintained as a class action pursuant to Federal Rule of Civil Procedure 23, because each of the requirements for class treatment is satisfied.

   a.   **Numerosity:** The Plaintiff Class is so numerous that the individual joinder of all members is impracticable.  Plaintiffs are informed and believe that there are more than 250,000 class members in total and a sufficiently numerous amount in the proposed class.

   b.   **Common Questions Predominate:** Common questions of law and fact exist as to all members of the class that predominate over any questions that affect only individual members.  These common questions of law and fact include:

   •   Whether Defendants enacted policies or engaged in a pattern and practice in violation of Civil Code section 1950.5(g)(1) of failing to provide itemized statements detailing charges for repairs or cleaning deducted from security deposits of its former tenants within 21 days of move out as required by code.

   •   Whether Defendants enacted policies or engaged in a pattern and practice in violation of Civil Code 1950.5(g)(2)(B) of failing to provide copies of vendor-supplied bills, receipts or invoices for repairs or cleaning deducted from security deposits of its former tenants within 21 days of move out.

   •   Whether Defendants enacted policies or engaged in a pattern and practice violation of Civil Code 1950.5(g)(2)(C) of failing to provide adequate documentation of in-house supply charges, including bills, invoices, receipts, or price lists.

   •   Whether Defendants' uniform security deposit itemizations satisfy the requirements for any alleged "employee performed work" on vacated

leaseholds under Civil Code section 1950.5(g)(2)(A), including a reasonable description of the work, a statement of the hours worked, and a statement of the hourly rate.

- Whether Defendants' uniform security deposit itemizations satisfy the requirements for any alleged "vendor performed work" on vacated leaseholds under Civil Code section 1950.5(g)(2).

- Whether Defendants' uniform security deposit administration practices, including their failure to provide the required statutory disclosures, is in bad faith.

- Whether Defendants, by operation of law, are barred from seeking recovery for amounts which could legitimately have been charged at move out due to their systematic and bad faith violation of Civil Code section 1950.5 and other equitable or statutory provisions of law.

- Whether any and all Defendants are liable to each former tenant who is a class member for punitive and/or statutory double damages for bad-faith retention of security deposits under Civil Code section 1950.5(l).

- Whether *Granberry v. Islay Investments*, 9 Cal. 4th 738 (1995) mandates that the Defendant return all the security deposit retained from the Plaintiff Class for its uniform violation of Civil Code section 1950.5.

- The appropriate measure of class-wide legal and/or equitable relief.

c.   **Typicality:** Plaintiffs' claims are typical of those of the Plaintiff Class.  Plaintiff and all Plaintiff Class members sustained injuries and damages arising from Defendants' common policies, practices, and course of conduct, including unlawful withholding of security deposits and failure to provide mandatory statutory disclosures.  The injuries and damages were caused directly by the Defendants' wrongful conduct in violation of law as alleged.

d.   **Adequacy of Representation:** Plaintiffs will fairly and adequately protect the interest of the members of the Plaintiff Class.  Plaintiff has no interests

adverse to the interests of absent class members. Plaintiff has retained counsel adequate to prosecute the case for the entire class.

      e.    **Superiority:**  A class action is superior to other available means for the fair and efficient adjudication of this controversy. Individual joinder of all members of the class is impracticable; class action treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of effort and expense that numerous individual actions would engender. Furthermore, because Defendants are expected to contend that any individual's damages may be relatively small, the expense and burden of individual litigation make it difficult or impossible for individual class members to redress the wrongs done to them, while an important public interest will be served by addressing the matter as a class action. The cost to the judicial system of individual adjudication would be substantial and present the potential for inconsistent or contradictory judgments. In addition, individual actions give Defendants too many opportunities to take advantage of unrepresented tenants at a summary proceeding without access to substantial discovery, as discovery is not available in small claims court.

      f.    **Manageability.**  Plaintiffs are unaware of any difficulties that are likely to be encountered in the management of this action that would preclude its maintenance as a class action.

# VII.  CLAIMS FOR RELIEF

**FIRST CLAIM FOR RELIEF**
**Unlawful Retention of Residential Security Deposits**
**(California Civil Code § 1950.5)**
**(By Plaintiffs and All Classes Against All Defendants)**

    517.  Plaintiffs re-allege and incorporate by reference the allegations of all preceding paragraphs.

    518.  This cause of action is brought against Defendants on behalf of Plaintiffs

and the Plaintiff Class.

519. Defendants charged unsubstantiated cleaning, repair, replacement, and/or painting fees to Plaintiffs and the Plaintiff Class upon the termination of their leasehold and deducted these charges from their security deposits.

520. Defendants did not provide a copy of an itemized statement indicating the basis for, and the amount of, any security received and the disposition of the security within 21 days of Plaintiffs' and the Plaintiff Class vacating the respective leased premises owned and managed by Defendants.

521. Defendants did not provide the requisite substantiation of the charges against Plaintiffs' and the Plaintiff Class' security deposits as required under Civil Code section 1950.5(g)(2).

522. Defendants charged a flat cleaning fee without regard to the condition of the unit or the actual and reasonably necessary charges incurred.

523. Defendants, as a result of these charges, unlawfully retained some or all of Plaintiffs' and the Plaintiff Class' security deposits.

524. Defendants engaged in the above-described misconduct in bad faith.

525. As a direct and proximate cause of Defendants' conduct, Plaintiffs and the Plaintiff Class suffered damages.

<u>**SECOND CLAIM FOR RELIEF**</u>
**Unfair Competition**
**(California Business and Professions Code §§ 17200, *et seq*.)**
**(By Plaintiffs and All Classes Against All Defendants)**

526. Plaintiffs re-allege and incorporate by reference the allegations of all preceding paragraphs.

527. This cause of action is brought against Defendants on behalf of Plaintiffs and the Plaintiff Class.

528. Pursuant to section 17200 of the California Business and Professions Code, "any unlawful, unfair or fraudulent business act or practice" constitutes "unfair competition."

529.   The violations of the California Civil Code and other wrongdoing alleged herein constitute unlawful, unfair and/or fraudulent business acts and practices, and therefore "unfair competition," for the purposes of section 17200 of the California Business and Professions Code.  Among other violations, Defendants' collections and attempted collections of amounts over and above a retained security deposit are unlawful, all entitling Plaintiffs and the Plaintiff Class to restitution under the UCL.

530.   Likewise, Defendants' deduction from the Plaintiffs' and the Plaintiff Class' respective security deposits without timely providing Plaintiffs and the Class legally competent itemized descriptions of the repairs, replacement or cleaning purportedly performed by Defendants constitutes an unlawful, unfair and/or fraudulent business practice.  And Defendants' deduction from the Plaintiffs' and the Plaintiff Class' respective security deposits without timely providing Plaintiffs and the Class third party vendor invoices for all repairs, replacement or cleaning purportedly performed by third party vendors constitutes an unlawful, unfair and/or fraudulent business practice.

531.   Plaintiffs and the Plaintiff Class have suffered financial injury in fact and have lost money and/or property as a result of such unfair competition.

532.   The facts set forth establish that the Plaintiffs and the members of the Plaintiff Class are entitled to judgment against Defendants and all of them, jointly and severally, awarding restitution to the Plaintiffs and the Plaintiff Classes of all monies acquired by means of the described unfair competition, including wrongfully withheld security deposits and associated penalties.

533.   Plaintiffs and the Plaintiff Class are further entitled to declaratory and injunctive relief determining the rights and obligations in dispute among the Parties and an order mandating Defendants adhere to the mandates of law with respect to their security deposit accounting practices.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, on behalf of themselves and other members of Plaintiff Class, pray:

1. For actual damages sustained by Plaintiffs and the Plaintiff Class members, including but not limited to, unlawfully retained security deposits; any amounts paid to Defendants over and above what was retained of their respective security deposits for unreasonable and unsubstantiated charges at move-out; plus any other amounts collected from Class members in connection with their leasehold termination for purported repairs, replacements, painting, carpet replacement or cleaning, accelerated rent, rental concession charge-backs, and any other charges collected in violation of law.

2. For return of the entirety of all Plaintiffs' and the Plaintiff Class' security deposits retained by Defendants.

3. For penalties available pursuant to California Civil Code § 1950.5(l).

4. For restitution for violation of Business and Professions Code sections 17200 *et seq.*;

5. For pre-judgment interest.

6. For attorney's fees and expenses recoverable under law, including, without limitation, Code of Civil Procedure 1021.5, and the common-fund doctrine.

7. For costs, including class action notice and administration expenses.

8. For injunctive relief against Defendants' conduct, including an injunction:

    a. Requiring Defendants to issue proper itemizations of security deposits as required by Civil Code section 1950.5 within the time prescribed by law.

    b. Requiring Defendants to provide a third-party documentation for every cleaning, replacement, and repair charges consistent with the provisions of Civil Code § 1950.5(g)(2);

9. For all other appropriate declaratory and equitable relief; and

10. Any other relief that this Court deems just.

Dated:  August 14, 2025

By: /s/ *Jimmie Davis Parker*
**ROBINSON MARKEVITCH & PARKER LLP**
8430 Santa Monica Blvd., Suite 200
West Hollywood, CA 90069
Tel. (213) 757-7778

**HOGUE & BELONG**
JEFFREY L. HOGUE, ESQ.
TYLER J. BELONG, ESQ.

Attorneys for Plaintiffs and all others similarly situated

# JURY DEMAND

Plaintiffs and ROES 1 through 100, individually and on behalf of the other members of the Plaintiff Class, hereby demand trial by jury of all issues triable by a jury.

Dated: August 14, 2025

By: /s/ *Jimmie Davis Parker*
**ROBINSON MARKEVITCH & PARKER LLP**
8430 Santa Monica Blvd., Suite 200
West Hollywood, CA 90069
Tel. (213) 757-7778

**HOGUE & BELONG**
JEFFREY L. HOGUE, ESQ.
TYLER J. BELONG, ESQ.

Attorneys for Plaintiffs and all others similarly situated

## CERTIFICATE OF SERVICE

I, the undersigned, am filing the foregoing document using the Court's CM/ECF electronic filing system. I am informed and believe that filing through the CM/ECF system will result in electronic service to all parties who have appeared in this action.

Dated: August 14, 2025

s/ Tyler Belong
Tyler Belong