| UNITED STATES COURT OF APPEALS | FILED |
|---|---|
| FOR THE NINTH CIRCUIT | DEC 17 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

RONNIE BROOKS, an individual; et al.,

    Plaintiffs - Petitioners,

 v.

GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware limited liability company and GREYSTAR CALIFORNIA, INC., a Delaware corporation,

    Defendants - Respondents.

No. 25-5332

D.C. No. 3:23-cv-01729-LL-BGS
Southern District of California, San Diego

ORDER

Before: CLIFTON and BRESS, Circuit Judges.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).